| Description | Current Activity | Year-to-Date |
|---|---|---|
| **Operating Income** | | |
| CENSUS - MEDICAID | $1,763.00 | $10,495.00 |
| CENSUS - MEDICARE | $277.00 | $1,587.00 |
| CENSUS - PRIVATE | $322.00 | $1,898.00 |
| CENSUS-ICO | $966.00 | $5,394.00 |
| CENSUS - BEDHOLD | $1.00 | $1.00 |
| CENSUS - HOSPICE | $36.00 | $297.00 |
| TOTAL CENSUS | ($3,365.00) | ($19,672.00) |
| Total | $0.00 | $0.00 |
| **Medicare A** | | |
| Medicare A - Room And Board | $88,900.00 | $493,220.94 |
| Medicare A - Medical Supplies | $415.00 | $5,610.62 |
| Medicare A - Pharmacy | $11,370.74 | $77,128.34 |
| Medicare A - Oxygen | $663.30 | $3,745.95 |
| Medicare A - Physical Therapy | $19,469.25 | $107,173.33 |
| Medicare A - Occupational Therapy | $18,880.33 | $95,721.55 |
| Medicare A - Speech Therapy | $2,067.60 | $18,700.07 |
| Medicare A - X-Ray | $384.74 | $4,792.00 |
| Medicare A - Lab | $1,035.72 | $5,856.10 |
| Medicare A - Contractual Adjustment | ($6,470.73) | ($36,750.24) |
| Total Medicare A | $136,715.95 | $775,198.66 |
| **Private Certified** | | |
| Private Cert - Room And Board | $17,850.00 | $465,150.00 |
| Private Cert - Pharmacy | $377.03 | $11,013.76 |
| Private Cert - Oxygen | $510.30 | $1,803.00 |
| Private Cert - Contractual Adjustment | ($3.00) | ($667.37) |
| Total Private Certified | $18,734.33 | $477,299.39 |
| **ICO MEDICARE A** | | |
| ICO MCR A-ROOM AND BOARD | $0.00 | $16,100.00 |
| ICO MCR A-PHARMACY | ($343.53) | $6,707.80 |
| ICO MCR A-PHYSICAL THERAPY | $0.00 | $2,796.44 |
| ICO MCR A-OCCUPATIONAL THERAPY | $0.00 | $2,699.10 |
| ICO MCR A-LAB | $0.00 | $29.00 |
| ICO MCR A-CONTRACTUAL ADJ | $354.70 | ($2,986.64) |
| ICO MCR A-SEQU ADJ | $0.00 | ($506.69) |
| Total ICO MEDICARE A | $11.17 | $24,839.01 |
| **Medicaid Certified** | | |
| Medicaid Cert - Room And Board | $701,750.00 | $3,827,216.31 |
| Medicaid Cert - Pharmacy | $2,954.62 | $12,640.15 |
| Medicaid Cert - Oxygen | $2,479.05 | $22,654.35 |
| Medicaid Cert - Physical Therapy | $107.76 | $3,342.70 |
| Medicaid Cert - Occupational Therapy | ($68.64) | $3,852.15 |
| Medicaid Cert - Speech Therapy | $0.00 | $997.28 |
| Medicaid Cert - Contractual Adjustment | ($16,461.87) | ($106,327.95) |
| Total Medicaid Certified | $690,760.92 | $3,764,374.99 |



Exhibit EEE

| Description | Current Activity | Year-to-Date |
|---|---|---|
| **ICO MEDICAID >90** | | |
| ICO MA>90 ROOM AND BOARD | $270,325.66 | $1,508,215.31 |
| ICO MA >90 PHARMACY | $32.53 | $397.53 |
| ICO MA >90 OXYGEN | $3,466.95 | $16,494.37 |
| ICO MA >90 CONTRACTUAL ADJ | $45,948.46 | $273,381.98 |
| Total ICO MEDICAID >90 | $319,773.60 | $1,798,489.19 |
| **ICO MEDICAID <90** | | |
| ICO MA <90 ROOM AND BOARD | $24,150.00 | $126,350.00 |
| ICO MA <90 PHARMACY | $0.00 | $753.84 |
| ICO MA <90 CONTRACTUAL DISCOUNT | $350.65 | $2,565.47 |
| Total ICO MEDICAID <90 | $24,500.65 | $129,669.31 |
| Total This Department | $344,274.25 | $1,928,158.50 |
| **Managed Care Certified** | | |
| Managed Care Cert - Room And Board | $8,050.00 | $71,750.00 |
| Managed Care Cert - Pharmacy | $3,059.79 | $5,766.71 |
| Managed Care Cert - Oxygen | $909.45 | $1,869.45 |
| Managed Care Cert - Physical Therapy | $1,402.37 | $8,766.99 |
| Managed Care Cert - Occupational Therapy | $1,709.99 | $14,831.64 |
| Managed Care Cert - Speech Therapy | $0.00 | $3,963.80 |
| Managed Care Cert - Contractual Adjustment | ($2,028.58) | $406.22 |
| Total Managed Care Certified | $13,103.02 | $107,354.81 |
| **Insurance Certified** | | |
| Insurance Cert - Room And Board | $10,500.00 | $62,650.00 |
| Insurance Cert - Contractual Adjustment | ($0.07) | ($14.39) |
| Total Insurance Certified | $10,499.93 | $62,635.61 |
| **Hospice Certified** | | |
| Hospice Cert - Room And Board | $12,600.00 | $86,800.00 |
| Hospice Cert - Pharmacy | $0.00 | $53.69 |
| Hospice Cert - Contractual Adjustment | $1,529.28 | $10,311.03 |
| Total Hospice Certified | $14,129.28 | $97,164.72 |
| **Medicare B** | | |
| Medicare B - Vaccines | $0.00 | $651.76 |
| Medicare B - Physical Therapy | $2,404.06 | $20,983.65 |
| Medicare B - Occupational Therapy | $675.29 | $14,262.65 |
| Medicare B - Speech Therapy | $169.80 | $3,165.88 |
| Medicare B - Contractual Adjustment | ($706.06) | ($6,107.82) |
| Total Medicare B | $2,543.09 | $32,956.12 |
| **Managed Care B** | | |
| Managed Care B - Vaccines | $59.28 | $296.86 |
| Managed Care B - Physical Therapy | $2,170.05 | $12,265.09 |
| Managed Care B - Occupational Therapy | $405.30 | $8,743.29 |
| Managed Care B - Speech Therapy | $934.40 | $2,232.23 |
| Managed Care B - Physician Care | $0.00 | $0.42 |
| Managed Care B - Contractual Adjustment | $188.85 | ($3,313.49) |
| Total Managed Care B | $3,757.88 | $20,224.40 |
| **Insurance B** | | |
| Insurance B - Contractual Adjustment | ($8.09) | ($8.09) |

| Description | Current Activity | Year-to-Date |
|---|---|---|
| Total Insurance B | ($8.09) | ($8.09) |
| **ICO MEDICARE B** | | |
| ICO MCR B- VACCINES | $0.00 | $155.21 |
| ICO MCR B- PHYSICAL THERAPY | $1,833.88 | $8,504.40 |
| ICO MCR B-OCCUPATIONAL THERAPY | $567.95 | $4,194.60 |
| ICO MCR B- SPEECH THERAPY | $934.40 | $3,251.78 |
| ICO MCR B-CONTRACTUAL DISCOUNT | ($462.79) | ($3,016.96) |
| Total ICO MEDICARE B | $2,873.44 | $13,089.03 |
| Total This Department | $9,166.32 | $66,261.46 |
| **Dental** | | |
| Dental Services | $2,037.00 | $3,996.00 |
| Dental Discount Private Pay | ($131.00) | ($233.00) |
| Dental Discount-Medicaid | ($454.93) | ($1,024.07) |
| Dental Discount Commercial | ($37.00) | ($56.00) |
| Dental Contractual | $0.00 | ($309.00) |
| Total Dental | $1,414.07 | $2,373.93 |
| **Other Revenue** | | |
| INTEREST INCOME | $136.24 | ($1,652.48) |
| QAS REVENUE-ICO | $43,624.34 | $237,234.69 |
| QAS REVENUE | $84,136.13 | $499,418.13 |
| QMI REVENUE | $24,998.63 | $149,991.78 |
| TRANSFER FROM COUNTY | $25,000.00 | $150,000.00 |
| Cable/TV/Phone | $225.00 | $1,260.00 |
| Salary Repay | $15.00 | $135.00 |
| INTEREST INCOME | $0.00 | $4.12 |
| Charitable Donations | $0.00 | $2,244.20 |
| Misc. Income | $4,776.30 | $12,744.39 |
| COVID REIMBURSEMENT | $59,862.04 | $1,062,602.01 |
| DISCOUNTS | $781.31 | $4,876.07 |
| Total Other Revenue | $243,554.99 | $2,118,857.91 |
| Total Income | $1,482,364.23 | $9,424,518.99 |
| **Operating Expenses** | | |
| **Activities** | | |
| Nonunion Salary And Wages | $8,368.28 | $67,015.74 |
| Activities - Union Salary And Wages | $20,014.29 | $120,071.99 |
| ACTIVITIES C-19 WAGES | $2,876.27 | $18,926.58 |
| FICA EXPENSE | $2,280.10 | $15,232.39 |
| SUPPLIES | $1,623.32 | $10,937.14 |
| EDUCATION | $0.00 | $25.00 |
| MISC. EXPENSE | $291.85 | $654.04 |
| Total Activities | $35,454.11 | $232,862.88 |
| **Beauty & Barber** | | |
| Hair Care | $1,601.00 | $8,888.00 |
| Barber/Beauty | ($2,570.00) | ($9,166.00) |
| Total Beauty & Barber | ($969.00) | ($278.00) |
| **Nursing** | | |



Exhibit EEE

| Description | Current Activity | Year-to-Date |
|---|---|---|
| TEAMSTERS WAGES | $128,729.31 | $846,212.15 |
| AFSCME WAGE EXPENSE | $293,150.41 | $1,596,491.71 |
| ADMINISTRATIVE WAGES | $94,982.87 | $769,965.83 |
| TRAVEL NURSE/AIDE WAGES | $23,100.00 | $173,603.00 |
| Nurse Aide Assistant Wages | $4,176.99 | $22,519.94 |
| CNA WAGES-C19 | $32,166.77 | $209,307.93 |
| TEAMSTER WAGES-C19 | $11,215.96 | $74,599.15 |
| NURSE MGT WAGE-C19 | $7,307.66 | $61,543.47 |
| FICA EXPENSE | $42,740.24 | $269,396.41 |
| OXYGEN | $9,865.60 | $44,302.34 |
| NON REIMBURSABLE NURSING EXPENSE | $970.55 | $1,279.29 |
| OTHER NURSING SUPPLIES | $23,647.01 | $84,801.36 |
| NURSING SUPPLIES-C19 | $3,508.45 | $94,716.62 |
| INCONTINENT SUPPLIES | $6,424.94 | $22,310.54 |
| DRESSINGS | $5,741.84 | $27,511.63 |
| PERSONAL CARE PRODUCTS | $636.21 | $5,944.00 |
| DISPOSABLE PAPER PRODUCTS | $1,101.04 | $9,493.34 |
| LABS | $832.78 | $3,321.05 |
| RESIDENT COVID TEST | $1,980.00 | $3,140.00 |
| SUBSCRITIONS - NURSING | $0.00 | $2,520.00 |
| OTHER CONSULTANTS | $2,150.00 | $17,413.11 |
| EDUCATION - NURSING | $320.00 | $1,355.17 |
| NURSE AIDE INCLASS WAGES | $0.00 | $9,103.13 |
| TESTING FEES | $1,425.50 | $11,238.75 |
| Total Nursing | $696,174.13 | $4,362,089.92 |

## DENTAL

| Description | Current Activity | Year-to-Date |
|---|---|---|
| CONTRACTUAL WAGES - DENTAL | $920.00 | $2,410.00 |
| Total DENTAL | $920.00 | $2,410.00 |

## Dietary

| Description | Current Activity | Year-to-Date |
|---|---|---|
| DIETARY MAN/DIETICIAN WAGES | $9,137.72 | $54,320.77 |
| DIETARY WAGES - UNION | $50,168.71 | $306,161.16 |
| DIETARY C-19 WAGES | $7,333.09 | $46,358.41 |
| FICA EXPENSE | $5,022.94 | $30,730.40 |
| GROCERIES AND DRY GOODS | $18,696.92 | $92,614.26 |
| FROZEN FOODS | $8,169.60 | $47,159.48 |
| MEATS AND EGGS | $15,754.92 | $82,624.12 |
| PRODUCE | $2,970.16 | $15,980.65 |
| DAIRY PRODUCTS | $4,527.09 | $27,369.38 |
| PURCHASED BAKE GOODS | $900.92 | $4,836.54 |
| DISPOSABLE PAPER PRODUCTS | $5,532.46 | $25,761.08 |
| CHEMICALS | $1,882.93 | $6,121.65 |
| MISC. DIETARY SUPPLIES | $1,312.17 | $7,845.68 |
| NUTRITIONAL SUPPLEMENTS | $2,049.60 | $7,127.39 |
| DIETARY-C19 SUPPLIES | $0.00 | $1,223.69 |
| EDUCATION DIETARY | $29.00 | $164.00 |
| EQUIPMENT REPAIR/MAINT | $432.76 | $9,892.06 |
| Total Dietary | $133,920.99 | $766,290.72 |

## Laundry





Exhibit EEE

| Description | Current Activity | Year-to-Date |
|---|---|---|
| LAUNDRY SALARY AND WAGES | $14,037.98 | $97,866.96 |
| LAUNDRY C-19 WAGES | $1,628.52 | $10,122.80 |
| FICA EXPENSE | $1,170.27 | $8,109.69 |
| LAUNDRY SUPPLIES | $1,093.27 | $6,912.11 |
| LINEN SUPPLIES | $873.85 | $4,799.35 |
| Total Laundry | $18,803.89 | $127,810.91 |
| **Housekeeping** | | |
| HOUSEKEEPING SAL AND WAGES | $39,683.47 | $241,554.13 |
| HSKP SAL WAGE-C19 | $5,158.45 | $36,035.42 |
| FICA EXPENSE | $3,348.26 | $20,879.37 |
| HOUSEKEEPING SUPPLIES | $5,750.88 | $32,035.80 |
| Total Housekeeping | $53,941.06 | $330,504.72 |
| **Plant & Maintenance** | | |
| NON-UNION SAL AND WAGES | $4,582.40 | $29,278.77 |
| SALARY AND WAGE - UNION | $20,116.80 | $104,787.74 |
| PLANT/MAINT C-19 WAGES | $2,609.05 | $15,445.83 |
| FICA EXPENSE | $2,051.99 | $11,223.08 |
| MAINTENANCE SUPPLIES | $8,482.85 | $43,277.96 |
| GASOLINE | $474.48 | $3,367.55 |
| CONTRACTUAL SERVICES | $3,022.36 | $30,363.81 |
| HEAT | $3,191.84 | $30,243.28 |
| ELECTRIC | $14,749.55 | $72,164.39 |
| Water And Sewer | $12,410.24 | $73,296.46 |
| BUILDING REPAIRS | $576.34 | $8,864.00 |
| EQUIPMENT REPAIRS/MAINT | $510.71 | $34,878.75 |
| VEHICLE REPAIRS | $129.38 | $1,155.41 |
| VEHICLE INSURANCE EXPENSE | $137.30 | $783.33 |
| MISCELLANEOUS EXPENSE | $10.00 | $445.00 |
| Total Plant & Maintenance | $73,055.29 | $459,575.36 |
| **General & Administration** | | |
| Admin Salary And Wages | $45,102.41 | $267,406.16 |
| Social Work Wages | $10,323.06 | $64,044.79 |
| ADMIN WAGES-C19 | $3,215.35 | $22,034.47 |
| FICA EXPENSE | $4,416.29 | $26,820.35 |
| Health Insurance | $121,030.87 | $807,562.32 |
| Workers Compensation | $4,795.67 | $28,774.02 |
| Retirement | $67,223.16 | $431,758.09 |
| Preemployment Physical | $1,396.00 | $5,931.00 |
| Life Insurance | $451.21 | $3,070.86 |
| Unemployment | $0.00 | $31.04 |
| Long Term Disability | $968.58 | $7,747.54 |
| COVID TEST | $400.00 | $245,007.29 |
| Printing Forms - Other Administrative | $896.35 | $2,764.45 |
| OFFICE SUPPLIES | $3,144.95 | $19,731.02 |
| POSTAGE/SHIPPING | $7.95 | $2,377.77 |
| SUPPLIES-C19 | $120.89 | $5,188.88 |
| AUDITING SERVICES | $6,140.96 | $15,995.96 |
| LEGAL SERVICES | $0.00 | $523.06 |

| Description | Current Activity | Year-to-Date |
|---|---|---|
| MEDICAL DIRECTOR | $700.00 | $4,200.00 |
| DUES AND ASSESSMENTS | $4,457.14 | $16,082.02 |
| ADVERTISING - ADMIN | $245.08 | $2,942.22 |
| OTHER CONTRACTUAL EXPENSES | $15,169.05 | $62,303.10 |
| COMMUNICATIONS | $1,300.40 | $10,549.62 |
| CABLE TELEVISION | $405.43 | $18,004.65 |
| BUSINESS MILEAGE EXPENSE | $0.00 | $176.39 |
| EDUCATION - ADMIN | $0.00 | $780.00 |
| LONGEVITY | $7,101.02 | $42,606.12 |
| IN LIEU OF INSURANCE | $5,014.28 | $30,085.68 |
| LIABILITY INSURANCE | $5,148.76 | $29,374.11 |
| FIRE INSURANCE | $1,578.96 | $9,008.07 |
| MISCELLANEOUS EXPENSE | $333.99 | $9,646.65 |
| Total General & Administration | $311,087.81 | $2,192,527.70 |
| **Physical Therapy** | | |
| UNION SALARIES AND WAGES | $17,919.98 | $113,123.18 |
| REHAB C-19 WAGES | $1,973.90 | $13,808.02 |
| FICA EXPENSE | $1,503.27 | $9,609.21 |
| PT Supplies | $893.75 | $6,736.44 |
| PT CONSULT | $14,074.66 | $87,986.30 |
| OT CONSULTANT | $9,890.24 | $72,465.94 |
| SPEECH CONSULTANT | $4,878.38 | $33,613.58 |
| Total Physical Therapy | $51,134.18 | $337,342.67 |
| **Dining Assistant** | | |
| Dining Assistant Wages | $4,001.75 | $25,089.48 |
| DINING C-19 WAGES | $764.99 | $5,468.40 |
| Dining Assistant Fica | $364.65 | $2,337.66 |
| Total Dining Assistant | $5,131.39 | $32,895.54 |
| **Pharmacy** | | |
| PHARMACY CONSULTANT | $700.00 | $4,200.00 |
| PRES. DRUGS STOCK - LEGEND | $452.27 | $3,392.91 |
| OTC DRUG STOCK - NONLED | $200.71 | $2,187.90 |
| OTC DRUGS - MEDICARE A | $289.73 | $3,600.78 |
| MEDICARE A PRESCRIPTION DRUGS | $14,140.12 | $92,857.77 |
| MEDICAID/HOSPICE PRESCRIPTION DRUGS | $2,118.16 | $15,292.43 |
| PRESCRIPTION DRUGS - PRIVATE | $1,964.56 | $13,477.58 |
| OTC PRIVATE | $354.36 | $1,134.56 |
| Total Pharmacy | $20,219.91 | $136,143.93 |
| **OTHER** | | |
| PROVIDER TAX EXPENSE-QAS | $76,286.97 | $457,721.82 |
| QMI PROVIDER TAX EXPENSE | $10,380.30 | $63,422.70 |
| DEPRECIATION EXPENSE | $57,866.33 | $347,197.98 |
| Bad Debt Expense | $0.00 | ($2,797.00) |
| Total OTHER | $144,533.60 | $865,545.50 |
| Total Expenses | $1,543,407.36 | $9,845,721.85 |

| Description | Current Activity | Year-to-Date |
| --- | --- | --- |
| Net Operating Income | ($61,043.13) | ($421,202.86) |
| NET INCOME (LOSS) | ($61,043.13) | ($421,202.86) |