UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARQUETTE COUNTY MEDICAL CARE FACILITY,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

Case No. 2:25-cv-00135-JMB-SJB

Hon. Jane M. Beckering

______________________________________/

# DECLARATION OF BRANDON LINDEMAN

Pursuant to 28 U.S.C. § 1746, I, Brandon Lindeman, declare under oath as follows:

1. I am a physical therapist and rehabilitation manager for UP Rehab Services in Marquette, MI.

2. I oversee therapy work at Marquette County Medical Care Facility pursuant to a contract that the facility has with UP Rehab Services. I have worked at the facility on behalf of UP Rehab Services since 2017.

3. Enclosed as Exhibits 1-6 are true and correct copies of reports reflecting the number of therapy minutes performed at Marquette County Medical Center in the first three quarters of 2019 and the first three quarters of 2021. These reports are based on contemporaneously entered data that is put into our system by people with knowledge of the therapy services that were provided. The records are kept in the ordinary course of UP Rehab Services' business, and making these records is a regular practice for UP Rehab Services.

4. Throughout the first three quarters of 2021, UP Rehab Services and Marquette County Medical Care Facility were required to follow government orders regarding quarantining residents and maintaining social distancing. These directives came from the Michigan Department

of Health and Human Services, the Michigan Department of Licensing and Regulatory Affairs, the Centers for Disease Control and Prevention, and the Centers for Medicare and Medicaid Services.

5. The ability to have multiple residents in a gym in physical proximity to one another is important to efficiently conduct therapy. By contrast, cycling isolated or socially distanced residents into and out of therapy meaningfully restricted the amount of therapy that could be conducted in a given day.

6. The quarantining and social distancing requirements materially impacted the volume of therapy services that could be performed at Marquette County Medical Care Facility during the first three quarters of 2021.

7. Even controlling for the decline in census, the quarantining and social distancing requirements were still material. Without the quarantining and social distancing requirements, we could have performed a meaningfully higher volume of therapy services at Marquette County Medical Care Facility in the first three quarters of 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/16/2026

Signed by:

Brandon Lindeman

268E28922CA5473...

Brandon Lindeman

# Service Code Usage

Site: Marquette County Medical Care Facility
Parameter(s): Payer(s): All; Payer Type(s): All
Date Range: 1/1/2019 - 3/31/2019

| | | PT | | OT | | ST | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Code | Description | Minutes | Units | Minutes | Units | Minutes | Units | Minutes | Units |
| 92507 | Treatment of speech, language, voice, communication and/or auditory processing, individual | 0 | 0 | 0 | 0 | 2577 | 98 | 2577 | 98 |
| 92523 | Evaluation of speech sound production and language assessment | 0 | 0 | 0 | 0 | 650 | 27 | 650 | 27 |
| 92526 | Treatment of swallowing dysfunction and/or oral function for feeding | 0 | 0 | 0 | 0 | 1170 | 53 | 1170 | 53 |
| 92610 | Eval of oral and pharyngeal swallow function | 0 | 0 | 0 | 0 | 435 | 20 | 435 | 20 |
| 96125 | Standardized cognitive testing (e.g., RIPA), per hour | 0 | 0 | 0 | 0 | 45 | 1 | 45 | 1 |
| 97014 | Electric stimulation | 155 | 6 | 0 | 0 | 0 | 0 | 155 | 6 |
| 97032 | Modality application, Electrical stimulation, manual | 0 | 0 | 95 | 5 | 0 | 0 | 95 | 5 |
| 97035 | Modality application, Ultrasound, constant attendance | 75 | 5 | 0 | 0 | 0 | 0 | 75 | 5 |
| 97110 | Therapeutic exercises | 24165 | 1597 | 18915 | 1236 | 0 | 0 | 43080 | 2833 |
| 97112 | Neuromuscular reeducation | 718 | 56 | 300 | 20 | 0 | 0 | 1018 | 76 |
| 97116 | Gait training therapy | 2153 | 146 | 0 | 0 | 0 | 0 | 2153 | 146 |
| 97140 | Manual therapy techniques | 180 | 12 | 70 | 6 | 0 | 0 | 250 | 18 |
| 97162 | Physical therapy evaluation: moderate complexity | 1490 | 60 | 0 | 0 | 0 | 0 | 1490 | 60 |
| 97163 | Physical therapy evaluation: high complexity | 30 | 1 | 0 | 0 | 0 | 0 | 30 | 1 |
| 97165 | Occupational therapy evaluation: low complexity | 0 | 0 | 385 | 16 | 0 | 0 | 385 | 16 |
| 97166 | Occupational therapy evaluation: moderate complexity | 0 | 0 | 975 | 35 | 0 | 0 | 975 | 35 |
| 97530 | Therapeutic activities | 14967 | 1053 | 12673 | 835 | 0 | 0 | 27640 | 1888 |
| 97535 | Self care management training | 0 | 0 | 4875 | 324 | 0 | 0 | 4875 | 324 |



# Exhibit 1

# Service Code Usage

Site: Marquette County Medical Care Facility

Parameter(s): Payer(s): All; Payer Type(s): All

Date Range: 1/1/2019 - 3/31/2019

| | | PT | | OT | | ST | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **Code** | **Description** | **Minutes** | **Units** | **Minutes** | **Units** | **Minutes** | **Units** | **Minutes** | **Units** |
| 97542 | Wheelchair management training | 0 | 0 | 555 | 34 | 0 | 0 | 555 | 34 |
| G0515 | Cognitive Skills Development | 0 | 0 | 0 | 0 | 180 | 12 | 180 | 12 |
| **Total** | | **43,933** | **2,936** | **38,843** | **2,511** | **5,057** | **211** | **87,833** | **5,658** |

This document contains Protected Health Information (PHI) and therefore must be disposed of properly.

**CONFIDENTIAL**



Exhibit 1

# Service Code Usage

Site: Marquette County Medical Care Facility
Parameter(s): Payer(s): All; Payer Type(s): All
Date Range: 4/1/2019 - 6/30/2019

| | | PT | | OT | | ST | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Code | Description | Minutes | Units | Minutes | Units | Minutes | Units | Minutes | Units |
| 92507 | Treatment of speech, language, voice, communication and/or auditory processing, individual | 0 | 0 | 0 | 0 | 2880 | 107 | 2880 | 107 |
| 92522 | Evaluation of speech sound production | 0 | 0 | 0 | 0 | 30 | 1 | 30 | 1 |
| 92523 | Evaluation of speech sound production and language assessment | 0 | 0 | 0 | 0 | 945 | 37 | 945 | 37 |
| 92526 | Treatment of swallowing dysfunction and/or oral function for feeding | 0 | 0 | 0 | 0 | 1645 | 75 | 1645 | 75 |
| 92610 | Eval of oral and pharyngeal swallow function | 0 | 0 | 0 | 0 | 455 | 21 | 455 | 21 |
| 97032 | Modality application, Electrical stimulation, manual | 0 | 0 | 638 | 30 | 0 | 0 | 638 | 30 |
| 97110 | Therapeutic exercises | 29571 | 1936 | 21338 | 1408 | 0 | 0 | 50909 | 3344 |
| 97112 | Neuromuscular reeducation | 788 | 62 | 367 | 26 | 0 | 0 | 1155 | 88 |
| 97116 | Gait training therapy | 3792 | 264 | 0 | 0 | 0 | 0 | 3792 | 264 |
| 97140 | Manual therapy techniques | 110 | 8 | 58 | 6 | 0 | 0 | 168 | 14 |
| 97161 | Physical therapy evaluation: low complexity | 95 | 5 | 0 | 0 | 0 | 0 | 95 | 5 |
| 97162 | Physical therapy evaluation: moderate complexity | 1500 | 55 | 0 | 0 | 0 | 0 | 1500 | 55 |
| 97165 | Occupational therapy evaluation: low complexity | 0 | 0 | 150 | 6 | 0 | 0 | 150 | 6 |
| 97166 | Occupational therapy evaluation: moderate complexity | 0 | 0 | 1205 | 48 | 0 | 0 | 1205 | 48 |
| 97530 | Therapeutic activities | 17791 | 1251 | 17886 | 1199 | 0 | 0 | 35677 | 2450 |
| 97535 | Self care management training | 0 | 0 | 6476 | 424 | 0 | 0 | 6476 | 424 |
| 97542 | Wheelchair management training | 0 | 0 | 20 | 1 | 0 | 0 | 20 | 1 |

This document contains Protected Health Information (PHI) and therefore must be disposed of properly.

**CONFIDENTIAL**



# Exhibit 2

# Service Code Usage

Site: Marquette County Medical Care Facility

Parameter(s): Payer(s): All; Payer Type(s): All

Date Range: 4/1/2019 - 6/30/2019

| | | PT | | OT | | ST | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **Code** | **Description** | **Minutes** | **Units** | **Minutes** | **Units** | **Minutes** | **Units** | **Minutes** | **Units** |
| G0515 | Cognitive Skills Development | 0 | 0 | 0 | 0 | 205 | 16 | 205 | 16 |
| **Total** | | **53,647** | **3,581** | **48,138** | **3,148** | **6,160** | **257** | **107,945** | **6,986** |

This document contains Protected Health Information (PHI) and therefore must be disposed of properly.

**CONFIDENTIAL**



Exhibit 2

# Service Code Usage

Site: Marquette County Medical Care Facility

Parameter(s): Payer(s): All; Payer Type(s): All

Date Range: 7/1/2019 - 9/30/2019

| | | PT | | OT | | ST | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Code | Description | Minutes | Units | Minutes | Units | Minutes | Units | Minutes | Units |
| 92507 | Treatment of speech, language, voice, communication and/or auditory processing, individual | 0 | 0 | 0 | 0 | 3975 | 143 | 3975 | 143 |
| 92523 | Evaluation of speech sound production and language assessment | 0 | 0 | 0 | 0 | 655 | 27 | 655 | 27 |
| 92526 | Treatment of swallowing dysfunction and/or oral function for feeding | 0 | 0 | 0 | 0 | 2060 | 93 | 2060 | 93 |
| 92610 | Eval of oral and pharyngeal swallow function | 0 | 0 | 0 | 0 | 480 | 23 | 480 | 23 |
| 96125 | Standardized cognitive testing (e.g., RIPA), per hour | 0 | 0 | 0 | 0 | 30 | 1 | 30 | 1 |
| 97032 | Modality application, Electrical stimulation, manual | 0 | 0 | 66 | 3 | 0 | 0 | 66 | 3 |
| 97035 | Modality application, Ultrasound, constant attendance | 30 | 3 | 0 | 0 | 0 | 0 | 30 | 3 |
| 97110 | Therapeutic exercises | 38440 | 2528 | 26378 | 1723 | 0 | 0 | 64818 | 4251 |
| 97112 | Neuromuscular reeducation | 558 | 45 | 1379 | 93 | 0 | 0 | 1937 | 138 |
| 97116 | Gait training therapy | 2513 | 181 | 0 | 0 | 0 | 0 | 2513 | 181 |
| 97140 | Manual therapy techniques | 45 | 3 | 65 | 4 | 0 | 0 | 110 | 7 |
| 97161 | Physical therapy evaluation: low complexity | 20 | 1 | 0 | 0 | 0 | 0 | 20 | 1 |
| 97162 | Physical therapy evaluation: moderate complexity | 2020 | 72 | 0 | 0 | 0 | 0 | 2020 | 72 |
| 97163 | Physical therapy evaluation: high complexity | 120 | 4 | 0 | 0 | 0 | 0 | 120 | 4 |
| 97165 | Occupational therapy evaluation: low complexity | 0 | 0 | 425 | 16 | 0 | 0 | 425 | 16 |
| 97166 | Occupational therapy evaluation: moderate complexity | 0 | 0 | 1650 | 55 | 0 | 0 | 1650 | 55 |
| 97167 | Occupational therapy evaluation: high complexity | 0 | 0 | 40 | 1 | 0 | 0 | 40 | 1 |
| 97530 | Therapeutic activities | 17790 | 1258 | 16608 | 1111 | 0 | 0 | 34398 | 2369 |

This document contains Protected Health Information (PHI) and therefore must be disposed of properly.

**CONFIDENTIAL**



# Exhibit 3

# Service Code Usage

Site: Marquette County Medical Care Facility
Parameter(s): Payer(s): All; Payer Type(s): All
Date Range: 7/1/2019 - 9/30/2019

| | | PT | | OT | | ST | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **Code** | **Description** | **Minutes** | **Units** | **Minutes** | **Units** | **Minutes** | **Units** | **Minutes** | **Units** |
| 97535 | Self care management training | 0 | 0 | 7108 | 476 | 0 | 0 | 7108 | 476 |
| 97542 | Wheelchair management training | 0 | 0 | 170 | 12 | 0 | 0 | 170 | 12 |
| G0283 | E-stim other than wound, unattended | 35 | 2 | 0 | 0 | 0 | 0 | 35 | 2 |
| **Total** | | **61,571** | **4,097** | **53,889** | **3,494** | **7,200** | **287** | **122,660** | **7,878** |

This document contains Protected Health Information (PHI) and therefore must be disposed of properly.

**CONFIDENTIAL**



Exhibit 3

# Service Code Usage

Site: Marquette County Medical Care Facility
Parameter(s): Payer(s): All; Payer Type(s): All
Date Range: 1/1/2021 - 3/31/2021

| | | PT | | OT | | ST | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Code | Description | Minutes | Units | Minutes | Units | Minutes | Units | Minutes | Units |
| 92507 | Treatment of speech, language, voice, communication and/or auditory processing, individual | 0 | 0 | 0 | 0 | 1415 | 65 | 1415 | 65 |
| 92523 | Evaluation of speech sound production and language assessment | 0 | 0 | 0 | 0 | 340 | 12 | 340 | 12 |
| 92526 | Treatment of swallowing dysfunction and/or oral function for feeding | 0 | 0 | 0 | 0 | 1858 | 97 | 1858 | 97 |
| 92610 | Eval of oral and pharyngeal swallow function | 0 | 0 | 0 | 0 | 470 | 23 | 470 | 23 |
| 97032 | Modality application, Electrical stimulation, manual | 0 | 0 | 22 | 1 | 0 | 0 | 22 | 1 |
| 97110 | Therapeutic exercises | 13995 | 920 | 12621 | 839 | 0 | 0 | 26616 | 1759 |
| 97112 | Neuromuscular reeducation | 3923 | 284 | 1312 | 89 | 0 | 0 | 5235 | 373 |
| 97116 | Gait training therapy | 6904 | 476 | 0 | 0 | 0 | 0 | 6904 | 476 |
| 97129 | Cognitive Skills Development, initial 15 minutes | 0 | 0 | 0 | 0 | 195 | 13 | 195 | 13 |
| 97130 | Each additional 15 minutes, Cognitive Skills Development | 0 | 0 | 0 | 0 | 270 | 19 | 270 | 19 |
| 97140 | Manual therapy techniques | 339 | 24 | 0 | 0 | 0 | 0 | 339 | 24 |
| 97161 | Physical therapy evaluation: low complexity | 105 | 4 | 0 | 0 | 0 | 0 | 105 | 4 |
| 97162 | Physical therapy evaluation: moderate complexity | 960 | 31 | 0 | 0 | 0 | 0 | 960 | 31 |
| 97163 | Physical therapy evaluation: high complexity | 145 | 4 | 0 | 0 | 0 | 0 | 145 | 4 |
| 97165 | Occupational therapy evaluation: low complexity | 0 | 0 | 175 | 4 | 0 | 0 | 175 | 4 |
| 97166 | Occupational therapy evaluation: moderate complexity | 0 | 0 | 1065 | 30 | 0 | 0 | 1065 | 30 |
| 97167 | Occupational therapy evaluation: high complexity | 0 | 0 | 38 | 1 | 0 | 0 | 38 | 1 |
| 97530 | Therapeutic activities | 8643 | 614 | 11139 | 768 | 0 | 0 | 19782 | 1382 |

This document contains Protected Health Information (PHI) and therefore must be disposed of properly.

**CONFIDENTIAL**



# Exhibit 4

# Service Code Usage

Site: Marquette County Medical Care Facility

Parameter(s): Payer(s): All; Payer Type(s): All

Date Range: 1/1/2021 - 3/31/2021

| | | PT | | OT | | ST | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **Code** | **Description** | **Minutes** | **Units** | **Minutes** | **Units** | **Minutes** | **Units** | **Minutes** | **Units** |
| 97535 | Self care management training | 0 | 0 | 4336 | 299 | 0 | 0 | 4336 | 299 |
| 97542 | Wheelchair management training | 0 | 0 | 210 | 15 | 0 | 0 | 210 | 15 |
| L3807 | L3807 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | | **35,014** | **2,357** | **30,918** | **2,046** | **4,548** | **229** | **70,480** | **4,632** |



# Exhibit 4

# Service Code Usage

Site: Marquette County Medical Care Facility

Parameter(s): Payer(s): All; Payer Type(s): All

Date Range: 4/1/2021 - 6/30/2021

| | | PT | | OT | | ST | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Code | Description | Minutes | Units | Minutes | Units | Minutes | Units | Minutes | Units |
| 92507 | Treatment of speech, language, voice, communication and/or auditory processing, individual | 0 | 0 | 0 | 0 | 650 | 29 | 650 | 29 |
| 92523 | Evaluation of speech sound production and language assessment | 0 | 0 | 0 | 0 | 490 | 17 | 490 | 17 |
| 92526 | Treatment of swallowing dysfunction and/or oral function for feeding | 0 | 0 | 0 | 0 | 1627 | 78 | 1627 | 78 |
| 92610 | Eval of oral and pharyngeal swallow function | 0 | 0 | 0 | 0 | 460 | 22 | 460 | 22 |
| 97010 | Modality application, Hot or cold packs, supervised | 88 | 0 | 0 | 0 | 0 | 0 | 88 | 0 |
| 97110 | Therapeutic exercises | 15874 | 1058 | 12167 | 784 | 0 | 0 | 28041 | 1842 |
| 97112 | Neuromuscular reeducation | 3724 | 292 | 542 | 36 | 0 | 0 | 4266 | 328 |
| 97116 | Gait training therapy | 8720 | 594 | 0 | 0 | 0 | 0 | 8720 | 594 |
| 97140 | Manual therapy techniques | 74 | 6 | 45 | 4 | 0 | 0 | 119 | 10 |
| 97161 | Physical therapy evaluation: low complexity | 75 | 3 | 0 | 0 | 0 | 0 | 75 | 3 |
| 97162 | Physical therapy evaluation: moderate complexity | 1340 | 45 | 0 | 0 | 0 | 0 | 1340 | 45 |
| 97163 | Physical therapy evaluation: high complexity | 165 | 5 | 0 | 0 | 0 | 0 | 165 | 5 |
| 97165 | Occupational therapy evaluation: low complexity | 0 | 0 | 227 | 8 | 0 | 0 | 227 | 8 |
| 97166 | Occupational therapy evaluation: moderate complexity | 0 | 0 | 1180 | 35 | 0 | 0 | 1180 | 35 |
| 97530 | Therapeutic activities | 9510 | 676 | 12860 | 894 | 0 | 0 | 22370 | 1570 |
| 97535 | Self care management training | 0 | 0 | 5924 | 402 | 0 | 0 | 5924 | 402 |
| 97542 | Wheelchair management training | 0 | 0 | 260 | 17 | 0 | 0 | 260 | 17 |

This document contains Protected Health Information (PHI) and therefore must be disposed of properly.

**CONFIDENTIAL**



# Exhibit 5

# Service Code Usage

Site: Marquette County Medical Care Facility

Parameter(s): Payer(s): All; Payer Type(s): All

Date Range: 4/1/2021 - 6/30/2021

| | | PT | | OT | | ST | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **Code** | **Description** | **Minutes** | **Units** | **Minutes** | **Units** | **Minutes** | **Units** | **Minutes** | **Units** |
| G0283 | E-stim other than wound, unattended | 83 | 5 | 0 | 0 | 0 | 0 | 83 | 5 |
| **Total** | | **39,653** | **2,684** | **33,205** | **2,180** | **3,227** | **146** | **76,085** | **5,010** |

This document contains Protected Health Information (PHI) and therefore must be disposed of properly.

CONFIDENTIAL



Exhibit 5

# Service Code Usage

Site: Marquette County Medical Care Facility

Parameter(s): Payer(s): All; Payer Type(s): All

Date Range: 7/1/2021 - 9/30/2021

| | | PT | | OT | | ST | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **Code** | **Description** | **Minutes** | **Units** | **Minutes** | **Units** | **Minutes** | **Units** | **Minutes** | **Units** |
| 92507 | Treatment of speech, language, voice, communication and/or auditory processing, individual | 0 | 0 | 0 | 0 | 1446 | 60 | 1446 | 60 |
| 92523 | Evaluation of speech sound production and language assessment | 0 | 0 | 0 | 0 | 679 | 23 | 679 | 23 |
| 92526 | Treatment of swallowing dysfunction and/or oral function for feeding | 0 | 0 | 0 | 0 | 850 | 49 | 850 | 49 |
| 92610 | Eval of oral and pharyngeal swallow function | 0 | 0 | 0 | 0 | 519 | 25 | 519 | 25 |
| 97032 | Modality application, Electrical stimulation, manual | 0 | 0 | 12 | 1 | 0 | 0 | 12 | 1 |
| 97110 | Therapeutic exercises | 14721 | 943 | 10135 | 647 | 0 | 0 | 24856 | 1590 |
| 97112 | Neuromuscular reeducation | 1381 | 123 | 1320 | 95 | 0 | 0 | 2701 | 218 |
| 97116 | Gait training therapy | 4571 | 320 | 0 | 0 | 0 | 0 | 4571 | 320 |
| 97140 | Manual therapy techniques | 29 | 3 | 249 | 18 | 0 | 0 | 278 | 21 |
| 97162 | Physical therapy evaluation: moderate complexity | 1425 | 47 | 0 | 0 | 0 | 0 | 1425 | 47 |
| 97163 | Physical therapy evaluation: high complexity | 45 | 1 | 0 | 0 | 0 | 0 | 45 | 1 |
| 97165 | Occupational therapy evaluation: low complexity | 0 | 0 | 292 | 10 | 0 | 0 | 292 | 10 |
| 97166 | Occupational therapy evaluation: moderate complexity | 0 | 0 | 885 | 27 | 0 | 0 | 885 | 27 |
| 97530 | Therapeutic activities | 11186 | 805 | 11363 | 769 | 0 | 0 | 22549 | 1574 |
| 97535 | Self care management training | 0 | 0 | 3588 | 249 | 0 | 0 | 3588 | 249 |
| 97542 | Wheelchair management training | 15 | 1 | 813 | 53 | 0 | 0 | 828 | 54 |
| **Total** | | **33,373** | **2,243** | **28,657** | **1,869** | **3,494** | **157** | **65,524** | **4,269** |

This document contains Protected Health Information (PHI) and therefore must be disposed of properly.

**CONFIDENTIAL**



# Exhibit 6