UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARQUETTE COUNTY MEDICAL CARE FACILITY,

Plaintiff,

Case No. 2:25-cv-00135-JMB-SJB

vs.

Hon. Jane M. Beckering

UNITED STATES OF AMERICA,

Defendant.
_______________________________________/

**DECLARATION OF DENISE PERRY**

Pursuant to 28 U.S.C. § 1746, I, Denise Perry, declare under oath as follows:

1. I am the Administrator at Marquette County Medical Care Facility ("Plaintiff").

2. Plaintiff serves a rural and often vulnerable population, including the elderly and those covered by Medicaid. In part because of this, Plaintiff routinely operates at a significant yearly net operating loss.

3. During the first quarter of 2021, the 700 wing of the facility was used exclusively for COVID Relief Facility ("CRF") and quarantining purposes. Rooms were kept empty when not used for those purposes.

4. The 700 wing, which consists entirely of private rooms with no shared bathrooms and has its own air handling system, was the only feasible location for satisfying the CRF and quarantining requirements.

5. With the exception of the 100 wing, no other wing of Plaintiff's facility has more than three rooms where residents have neither a roommate nor a shared bathroom.

6. The 100 wing has up to 11 private rooms with no shared bathroom, but those rooms are either directly next to or directly across the hall from six other rooms. The six other rooms are split into three pairs, which each pair sharing a bathroom.

7. Using the 100 wing as a COVID unit would have required dedicating all 17 rooms, or 12.1 percent of the facility's capacity, to that purpose. It further would have required leaving at least three beds open at all times because COVID-positive residents and those in quarantine could not have been isolated if they shared a bathroom with another resident.

8. Plaintiff has both private and semi-private rooms. The beds in Plaintiff's facility were spread out among 94 rooms in 2021.

9. The 700 wing was designed to consolidate Plaintiff's short-term rehabilitation operations under one roof and to attract new residents with short-term needs. Short-term rehabilitation is significantly concentrated in the 700 wing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/28/2026

Signed by:

Denise Perry

2828DC0BD63842B...

Denise Perry