UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARQUETTE COUNTY MEDICAL CARE FACILITY,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.
_____________________________________/

Case No. 2:25-cv-00135-JMB-SJB

Hon. Jane M. Beckering

**DECLARATION OF ALLECIA FILIBECK**

Pursuant to 28 U.S.C. § 1746, I, Allecia Filibeck, declare under oath as follows:

1. I am the Assistant Administrator at Marquette County Medical Care Facility ("Plaintiff").

2. In connection with my role, I oversee Plaintiff's financial function. I have access to and am familiar with the systems that track Plaintiff's income and expenses.

3. I have undertaken an analysis of Plaintiff's revenue from short-term rehabilitation.

4. The 700 unit had its first residents on March 18, 2019. It continued to operate as a short-term rehabilitation unit throughout the remainder of 2019.

5. Plaintiff's income statements break down income based on insurance type. Medicare A, ICO Medicare A, and Managed Care Certified stays are short-term rehabilitation stays. Residents can also use other insurance for short-term rehabilitation or can pay privately.

6. Plaintiff received more than $575,000 in Medicare A, ICO Medicare A, and Managed Care Certified reimbursement in the second quarter of 2019. *See* Exs. BBB and CCC to Statement of Facts.

7. Plaintiff's gross receipts in the second quarter of 2019 were $4,499,868.39. *See* Exs. BBB, CCC to Statement of Facts. As a result, short-term rehabilitation was more than 10 percent of Plaintiff's gros receipts in the second quarter of 2019.

8. In the second quarter of 2019, Plaintiff derived $437,203.61 in bed revenue from the residents in the 700 wing.

9. In the first quarter of 2019, Plaintiff had $101,815.05 in physical therapy revenue, $87,383.29 in occupational therapy revenue, and $19,517.12 in speech therapy revenue, for a total of $208,715.46 in therapy revenue. *See* Exhibit BBB to Statement of Facts.

10. In the first quarter of 2021, Plaintiff had $77,500.79 in physical therapy revenue, $69,125.16 in occupational therapy revenue, and $18,283.76 in speech therapy revenue, for a total of $164,909.71 in therapy revenue. *See* Exhibit DDD to Statement of Facts.

11. Plaintiff's therapy revenue decreased by 21 percent in the first quarter of 2021, as compared to the first quarter of 2019.

12. Physical, occupational, and speech therapy accounted for 5.5 percent of Plaintiff's patient-related income in the first quarter of 2019. *See* Exhibit BBB to Statement of Facts.

13. In the second quarter of 2019, Plaintiff had $123,205.65 in physical therapy revenue, $106,327.63 in occupational therapy revenue, and $24,324.19 in speech therapy revenue, for a total of $253,857.47 in therapy revenue. *See* Exhibit CCC to Statement of Facts.

14. In the second quarter of 2021, Plaintiff had $86,331.81 in physical therapy revenue, $75,179.82 in occupational therapy revenue, and $14,027.28 in speech therapy revenue, for a total of $175,538.91 in therapy revenue. *See* Exhibit EEE to Statement of Facts.

15. Plaintiff's therapy revenue declined by 30.9 percent in the second quarter of 2021, as compared to the second quarter of 2019.

16. Physical, occupational, and speech therapy accounted for 6.6 percent of Plaintiff's patient-related income for the second quarter of 2019. *See* Exhibit CCC to Statement of Facts.

17. In the third quarter of 2019, Plaintiff had $143,943.52 in physical therapy revenue, $119,012.62 in occupational therapy revenue, and $26,174.12 in speech therapy revenue, for a total of $289,130.20 in therapy revenue. *See* Exhibit HH to Statement of Facts.

18. In the third quarter of 2021, Plaintiff had $75,153.57 in physical therapy revenue, $64,927.57 in occupational therapy revenue, and $15,389.14 in speech therapy revenue, for a total of $155,470.28 in revenue. *See* Exhibit W to Statement of Facts.

19. Plaintiff's therapy revenue declined by 46.2 percent in the third quarter of 2021, as compared to the third quarter of 2019.

20. Physical, occupational, and speech therapy accounted for 7.3 percent of Plaintiff's patient-related income for the third quarter of 2019. *See* Exhibit HH to Statement of Facts.

21. Plaintiff provides therapy services to its residents through a contractor, UP Rehab Services. UP Rehab Services in turn is paid a percentage of the reimbursement that Plaintiff receives for therapy services. Because Plaintiff's therapy expenses are a portion of its revenue, it operates its therapy services at a profit.

22. For purposes of calculating the employee retention credit ("ERC") for the first quarter of 2021, Plaintiff did not claim more than $10,000 in wages per employee.

23. The ERC claimed for the first quarter of 2021 amounts to 70 percent of the qualified wages with respect to each employee for that quarter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/28/2026

Signed by:

Allecia Filibeck

19E8B8C8ED834F4...

Allecia Filibeck