Planet Depos
We Make It Happen™

# Transcript of Allecia Filibeck

**Date:** July 6, 2026
**Case:** Marquette County Medical Care Facility -v- United States of America

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

-----------------------------------x

MARQUETTE COUNTY MEDICAL, :
CARE FACILITY, :
Plaintiff, :
v. : Case No.:
UNITED STATES OF AMERICA, : 2:25-CV-00135
Defendant. :

-----------------------------------x

DEPOSITION OF ALLECIA FILIBECK

Conducted virtually

Monday, July 6, 2026

11:58 a.m.

Job No.: 640767

Pages: 1 - 52

Recorded By: Paul Kaminski

Deposition of ALLECIA FILIBECK, conducted virtually.

Pursuant to Notice, before Paul Kaminski, Notary Public in and for the State of Tennessee.

A P P E A R A N C E S

ON BEHALF OF THE DEFENDANT, UNITED STATES OF AMERICA:

KIMBERLY PARKE, ESQUIRE
PAIGE BRIGHAM, ESQUIRE
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
(202) 353-0300

ON BEHALF OF THE PLAINTIFF, MARQUETTE COUNTY MEDICAL, CARE FACILITY:

ROB SILVERBLATT, ESQUIRE
K&L GATES LLP
1601 K Street
Washington, D.C. 20006
(202) 778-9000

ALSO PRESENT:

Ronald Ahrons - Representative, Fidelity National Title Insurance Company
Mark Heidenberg - Videographer

C O N T E N T S


| EXAMINATION OF ALLECIA FILIBECK | PAGE |
| --- | --- |
| By Ms. Parke | 5 |


E X H I B I T S

(Attached to transcript)


| DEPOSITION EXHIBIT | | PAGE |
| --- | --- | --- |
| Exhibit 42 | Statement of Revenue, Expenses, and Changes in Net Position | 33 |
| Exhibit 43 | Excel Spreadsheet of Wages | 37 |
| Exhibit 44 | Losses over Five Years | 44 |
| Exhibit 45 | Excel Spreadsheet of Census Numbers by Quarter | 46 |

P R O C E E D I N G S

THE REPORTER: I am a notary authorized to administer oaths, and this deposition will be recorded by electronic means. All parties understand and agree that any certified transcript produced from the recording of this proceeding is intended for all uses permitted under applicable procedural and evidentiary rules and laws, and shall constitute written stipulation. The parties stipulate to the use and certification of this testimony consistent with applicable law of such. Hearing no objection, I will now swear the witness.

Whereupon,

ALLECIA FILIBECK,

being first duly sworn or affirmed to testify to the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

MS. PARKE: Thank you. How do you pronounce your last name?

THE WITNESS: Filibeck.

MS. PARKE: Okay. Thank you. I just wanted to make sure I was saying it correctly.

EXAMINATION BY COUNSEL FOR THE DEFENDANT

BY MS. PARKE:

Q My name is Kim Parke, and I, along with

my co-counsel, Paige Brigham, represent the United States in this case, Marquette County Medical Care Facility versus United States of America, Civil Action Number 2:25-CV-135, pending in the U.S. District Court for the Western District of Michigan. In this case, Marquette is seeking a refund of federal income taxes for Quarters 1, 2, and 3 of 2021 due to their claimed entitlement to employee retention credits, and I will be taking your deposition today.

Could you please state your name for the record.

A Allecia Filibeck.

Q And could you please spell both your first and your last name.

A Sure. The first name is A-L-L-E-C-I-A, and my last name is F-I-L-I-B-E-C-K.

Q Thank you. Have you ever gone by any other names?

A My maiden name. Is that what you're looking for?

Q Sure. Yes, please.

A Maiden name, my last name was Luetzow. So it was L-U-E-T-Z-O-W.

Q And I'm just going to go through a few

ground rules for the deposition today so that we're all on the same page. At any point, if you don't understand a question that I ask or if you would like me to re-ask it, please just let me know. I want to make sure that you understand the questions I'm asking and that I have the best chance to understand your answers that we get.

A Okay.

Q If you answer a question, I will assume that you understood the question. And that way, if -- if you don't understand, just -- just let me know, and we'll -- we'll do a clarification.

A Okay.

Q The court reporter is transcribing what we're both saying in this deposition. And to make it easier for him, please give clear yes or no answers. Because head nods, shakes, uh-huhs, those get a little confusing --

A Okay.

Q -- when we're looking at this later, as I just say them.

And if we can please try not to talk over one another. That way the court reporter will get everything down cleanly, and we can get this done with the least amount of fuss possible.

A All right.
Q All right. We'll take breaks about every hour. I -- I don't expect we'll go beyond two hours. This -- we don't have a whole lot to discuss. But if you need to take a break sooner than an hour, just let me know. I would ask that if there -- if I have a question pending to you, that you would answer the question before we take a break. But other than that, we can take a break whenever you need to.
A All right.
Q Is there any reason, medical or otherwise, that prevents you from giving truthful, complete, and accurate testimony today?
A No.
Q And if that ever changes, could you let me know?
A Yes.
Q Okay. Are you represented by counsel in this case?
A Yes.
Q And who is your counsel?
A Rob Silverblatt.
Q Okay. Have you ever given a deposition before?

A No.
Q Okay. Well, we hope to make this as painless as possible for you. It'll be a good cocktail -- cocktail discussion later on, hopefully.
Have you ever testified in court?
A No.
Q Do you understand that you are here to testify as a -- what we call a designee, as someone appointed to testify on behalf of Marquette County Medical Care Facility?
A Yes.
Q And if I refer to Marquette County Medical Care Facility as just Marquette, is that fair?
A That's fine. Yes.
Q Okay. What is your role at Marquette?
A I'm the --
MR. SILVERBLATT: And -- and before we get into the substantive, I just have one question for the court reporter. I see there's a recording on. Is that just an audio recording?
THE REPORTER: Yeah. I mean, the recording you're probably seeing is the Zoom backup recording. This --

MR. SILVERBLATT: I just wanted to make sure I'm understanding correctly. This wasn't noticed as a videotaped deposition.
THE REPORTER: No, it's not being video recorded.
MR. SILVERBLATT: Okay. That's all I had. Thank you.
MS. PARKE: Okay. Thank you.
BY MS. PARKE:
Q What is your role at Marquette?
A I'm the assistant administrator.
Q And what does your role as the assistant administrator entail?
A I do, like, the role of the controller or the CFO, and I back up Denise with her administrative duties when she's not available.
Q How long have you been working at Marquette?
A Almost 18 years. 17 years. Eighteen years next month.
Q Oh, wow. I'd like to talk a little bit about how you prepared for your deposition today.
A Okay.
Q What did you do to prepare for the deposition?

A I reviewed everything that I submitted to Plante Moran back when we did the initial ERC claim, just to kind of refresh my memory because it was quite a few years ago. And just went through all those documents and the documents that we submitted to you guys just to -- to have a fresh view of what I was looking at. Because it's been a few years.

Q Sure. Who is Plante Moran?

A Plante Moran is our accounting firm that we use. They do our financial audits, our cost reports, and they were the people who did our -- filed our employee retention tax credit.

Q And how do you spell Plante Moran?

A It is P-L-A-N-T-E M-O-R-A-N.

Q And did you speak -- without telling me any of the contents of your discussion, did you speak with Mr. Silverblatt in preparation for the deposition?

A Yes.

Q Did you speak to anyone else at Marquette in preparation for this deposition?

A No.

Q To the best of your understanding, were -- all of the documents that you reviewed in

preparation for this deposition, have they been provided to the United States?
A Yes.
Q Did you create any documents in preparation for this deposition?
A I did not.
Q Where do you currently live?
A I live in Negaunee, Michigan.
Q And how do you spell that?
A It is N-E-G-A-U-N-E-E.
Q Okay. And where is that?
A It is about five miles from the nursing home, in the Upper Peninsula of Michigan.
Q I'd like to ask you a few questions about your educational background.
A Okay.
Q Did you graduate high school?
A I did.
Q What high school did you attend?
A Negaunee High School.
Q Did you go to a college or university?
A I did.
Q Which college or university did you attend?
A I went to a couple. I have a few degrees.

I graduated from Northern Michigan University. I went to the University of Phoenix. And -- I'm drawing a blank. The -- I'm nervous.
Q That's okay. Let's start with the --
A And University of Colorado.
Q Okay. Let's start with -- I think you said Northeastern?
A Northern Michigan. Northern Michigan.
Q Oh, Northern Michigan.
A Yep.
Q Was that the first university that you went to?
A Yes.
Q And what degree did you receive -- did you receive a degree from Northern Michigan University?
A I did. I received a bachelor's degree in psychology.
Q And approximately when did you receive that degree?
A 2005.
Q And I believe next -- did you attend the University of Phoenix next?
A I did, yes.
Q Did you attend the University of Phoenix

in person or online?
A Online.
Q And when did you attend the University of Phoenix?
A I graduated in 2008, so -- it was a master's degree program. So it took -- probably 2006 to 2008.
Q Okay. And what master's degree did you receive from the University of Phoenix?
A Master's in information systems?
Q And then you mentioned the University of Colorado, I believe?
A It was something like that, yeah.
Q Okay.
A It was out of -- it was an online school. I didn't attend in person.
Q Okay. And did you receive a degree from the University of Colorado?
A I did. A bachelor's degree in accounting.
Q Okay. And when did you receive your bachelor's degree in accounting?
A 2016-ish.
Q Do you have any other degrees other than the three we discussed?
A I have a certificate in long-term care

that I got from Ferris State University to get my administrator's license.

Q So you told me that you worked -- you worked at Marquette. It'll be, I think, 18 years next month. Is that correct?

A Correct. Yep.

Q Where -- where did you work before you worked at Marquette?

A I worked at Marquette General Hospital.

Q And what did you do at Marquette General Hospital?

A I was a medical biller.

Q And where did you work before Marquette General Hospital?

A The U.P. Catholic Credit Union, as a teller.

Q Okay. Now, turning back to your role at Marquette. When did you become the assistant administrator at Marquette?

A 2022.

Q And what was your role at Marquette before 2022?

A Prior to that, when I was hired on, I was a biller and did accounts payable. And then I started doing payroll. And then I became the

controller in -- trying to think -- 2013, I was the controller.

Q Okay. And -- and you're saying comptroller. Correct?

A Yep.

Q Okay. And so in your current role as assistant --

MR. SILVERBLATT: Are you -- did you say -- did you say controller or comptroller?

THE WITNESS: Comptroller.

MR. SILVERBLATT: Okay.

BY MS. PARKE:

Q And -- and that's C-O-M-P-T-R-O-L-L-E-R?

A Yes.

Q Okay. And so in your current role as assistant administrator, you are also the comptroller and the CFO. Is that correct?

A Correct.

Q Has the assistant administrator at Marquette always had all three of those titles?

A No.

Q Before you became the assistant administrator, who was the assistant administrator?

A We had -- we didn't have one for a while. And before that it was -- the director of nursing

was also the assistant administrator. Because the administrator had more of a financial background.

Q Have you ever been a federal tax return preparer?

A No.

Q Okay. I want to talk to you a little bit about the operations of Marquette.

A Okay.

Q What are the different kinds of employees who work at Marquette day to day?

A We have CNAs and nurses. We have a laundry department, housekeeping, maintenance, dietary activities, the business office. We have a biller, social workers, receptionists, office assistants, HR, payroll, AP. I'm trying to think who I missed. We have our nursing department, who has our director of nursing and assistant director and admissions coordinator, and we have an infection control nurse and an education coordinator, some nursing schedulers. I think I got everyone.

Q When you say see-nahs (phonetic), do you mean CNAs?

A Yes. Certified nursing assistants.

Q Okay. And when you say AP people, are

those accounts payable?
A Correct.
Q Okay. How many full-time employees does Marquette have?
A I'm not sure how many are full time. We have a --
Q Okay.
A -- a lot of -- almost 300 employees, but I don't know how many are full time.
Q Okay. So in your -- before you became the assistant administrator, you did payroll for Marquette. Is that right?
A Yeah. I did it until about 2016, I did payroll. And then we hired someone else to do it.
Q And who currently does payroll?
A Her name is Barb Duquette.
Q And does processing -- or does the payroll process, does that operate the same now as it did when you were in charge of payroll?
A Yes.
Q How -- could you walk me through the payroll process. Like, how does -- how -- I guess, to start with, how does an employee track their time for payroll?
A We have a time clock that we use through

Attendance on Demand. And every -- every one of us has to punch in and out for our shifts.

Q And how does Marquette use that punching in and out data to create its -- its payroll?

A The time clock, we make a file out of it after we review it to make sure it's accurate. And then that file's uploaded into our payroll system. And then that's how they get paid.

Q And is any of that payroll processing done by Plante Moran?

A No.

Q Okay. That is all done internally to Marquette.

A Correct.

Q Okay. Who is responsible for preparing Marquette's payroll tax return?

A Barb Duquette.

Q And who signs the payroll tax return?

A Barb does.

Q Who files the payroll tax return?

A Barb -- Barb does.

Q Okay. What time period does Marquette use to keep track of its finances? Is it -- is it a physical year or a fiscal year?

A Yes. Our fiscal year ends on 12/31. So

it's also the calendar year, but --
Q Okay. Great. Okay. If you could turn to Exhibit 15.
A Okay.
Q For the record, this document was previously marked as Defendant's Exhibit 15. It bears Bates Numbers MAR308 to MAR314. Ms. Filibeck, could you take a moment and look at Exhibit 15?
(Exhibit 15 was marked.)
A Sure. Yes.
Q Are you familiar with Exhibit 15?
A I am.
Q And how are you familiar with Exhibit 15?
A I am the one that creates the Statement of Operations every month.
Q And why do you create a Statement of Operations every month?
A We -- that's part of our financial statements that we supply to the board every month, and to keep track of our finances through the year.
Q And in the upper left-hand corner of Exhibit 15, it says 03-31-19. Does that mean that this is the Statement of Operations for March 31, 2019?
A Correct. Yes.

Q And I believe you already testified about this, but you said you create one of these every month. Is that right?
A Correct. Yes.
Q Okay. Now, when we look at page number MAR308, which is page 1 of the document, if you look at Current Activity, what does that column represent?
A That would be the data for the month of March.
Q And then for Year to Date on this document. What does that column represent.
A That's all the -- the data for July -- or July -- January through March of 2019.
Q Okay. And approximately when do you create the Statement of Operations for each month?
A Usually, like a week or two into the next month, after we get every -- all the invoices and everything posted in the charges.
Q Okay. Now, if you could scroll to the next-to-the-last page. So it -- in the PDF, it's page 6 of 7. And that bears Bates Number MAR313. And then if you look down at the beginning of page 7 of 7, which bears Bates Number MAR314, what does the Current Activity of $44,132, what does that

tell you?
A That we had -- we made $44,000 that month.
Q And if that number had parentheticals around it, what would that indicate?
A It would indicate a loss.
Q Okay. And so for March of -- as of March 31, 2019, Marquette made $44,100.32 for that -- just for that month. Correct?
A Yes.
Q Okay. And then if you look at the Year to Date column, Marquette, the -- the numbers are in a parenthetical. So Marquette lost $11,794.40 from January to March 2019. Correct?
A Yep. Yes.
Q Okay. Now, if you could look at Exhibit 16. And I'm happy to re-upload any of the exhibits if you need them -- me to. I know it's a little confusing.
A I got it open.
Q Okay. Exhibit 16 was previously marked as Defendant's Exhibit 16. It bears Bates Numbers MAR329 to MAR334. Are you familiar with Exhibit 16?
(Exhibit 16 was marked.)
A Yes.

Q What is Exhibit 16?
A It is the Statement of Operations for March of 2021.
Q Okay. And then if you could scroll down to page 6 of 6, which bears Bates Number MAR334.
A Okay.
Q And look at the Net Income or Loss row.
A Okay.
Q Does that tell us that as of March 31, 2021, Marquette had made -- made $63,902.38 for the month of March 2021?
A Yes.
Q And how much did Marquette lose, Year to Date, in 2021?
A $116,319.
Q Okay. I'd like you to look at Exhibit Number 17, please.
A Okay.
Q For the record, this was marked in a previous -- in the beginning of this deposition as Defendant's Exhibit 17. It bears Bates Number MAR349. Are you familiar with Defendant's Exhibit 17?
(Exhibit 17 was marked.)
A Yes.

Q What is Defendant's Exhibit 17?
A 941-X that was filed when we filed our ERC claim.
Q And who calculated the numbers that are in Exhibit 17?
A Plante Moran.
Q Did Plante Moran calculate these numbers using data provided by Marquette?
A Yes.
Q And did anyone from Marquette review the numbers that were placed on Defendant's Exhibit 17 before it was submitted to the IRS?
A Yes.
Q And who did that on behalf of Marquette?
A Myself and our administrator at the time, Jerry Hubbard, who also had an accounting background.
Q Are the wages listed in Exhibit 17, are these wages from March 12, 2020, to June 30, 2021?
A I am -- I don't know.
Q Okay. If you wanted to find out that answer, who would you ask?
A Myself. I would just have to look it up.
Q Okay. And how would you look it up?
A I would look in our payroll system.

Q Okay. If you could please open Exhibit 18, please.
A Okay.
Q For the record, Defendant's Exhibit 18 was previously marked. It bears Bates Number MAR000350. What is Exhibit 18?
(Exhibit 18 was marked.)
A The worksheet that went with the 941-X that we filed.
Q If you look at Exhibit 17 compared to Exhibit 18, are you able to tell which is the final exhibit that was submitted to the IRS?
A I -- no.
Q Okay. And if you wanted to determine which one was the final, how would you do that?
A I would look at the numbers that I supplied to Plante Moran and verify against our payroll system.
Q Okay. If you could open Exhibit 19, please.
A Okay.
Q For the record, Defendant's Exhibit 19 was previously marked, and it bears Bates Number MAR351. Are you familiar with Exhibit 19?
(Exhibit 19 was marked.)

A Yes.
Q What is Exhibit 19?
A The worksheet that went with our 941-X that we filed.
Q Okay. And does Exhibit 19 contain payroll from July 1, 2021, through December 31, 2021?
A I'm not sure. I don't know.
Q Okay. And if you wanted to confirm that, you would look at your payroll data you submitted to Plante Moran. Is that right?
A Yes.
Q Okay. Okay. If you could open Exhibit Number 22, please.
A Okay.
Q For the record, Exhibit Number 22 was previously marked as Defendant's Exhibit 22. It bears Bates Number MAR1002 through MAR1039. Are you familiar with Defendant's Exhibit 22?
(Exhibit 22 was marked.)
A Yes.
Q What is Defendant's Exhibit 22?
A It is the balance sheet that we received from the County indicating how much we keep -- the majority of our cash at the County. And that's showing our account with them and how much is in

it.
Q Okay. So the Statement of Operations that we looked at, which are Defendant's Exhibits 15 and 16, those are created at Marquette County Medical Care Facility. Is that correct?
A Correct.
Q Okay. And then Exhibit 22, that is created by Marquette County and transmitted to Marquette County Medical Care Facility. Is that right?
A Yes. Yes.
Q Okay. Who creates the balance sheet that's reflected in Exhibit 22?
A The finance director at the County of Marquette or her assistant -- or their assistant, I guess. Doesn't have to be a woman. But it is.
Q Has there ever been a time when Marquette County Medical Care Facility disagrees with the balance sheet provided to it by Marquette County?
A No. It equals out every month. I reconcile it to make sure it balances.
Q Okay. If you look at page 1 of Exhibit 22, on page number MAR1002, and if you look at the second entry here, it says Cash-Fiscal Year ADJs. What does that mean?

A I don't know. That's something on their end. I only --
Q Okay.
A -- I only look at the top number and the cash depreciation number.
Q Okay. And why do you look at the cash depreciation number?
A Because we have a funded depreciation account with the County that we can use for building projects and such. And they hold all the money for that as well.
Q Okay. And how does the cash number differ from the cash depreciation number?
A They're two different funds. So the depreciation was just funded over time. We don't really add anything to it. And the cash number is -- it changes all month long because we transfer money to them, and they transfer money back to us to cover payroll and accounts payables.
Q What is the difference in the way that the money in the cash fund can be used versus the cash depreciation fund?
A Money in the cash fund can be used for operations. We use it for accounts payable and payroll. And the depreciation, we have to ask

permission to use it. And that's just for if we had to replace a roof or the air conditioner. Large projects like that that would be depreciated.

Q If you scroll down about three fourths of the way down Exhibit 22, page number MAR1002, it says, Beginning Fund Balance 2018 $12,832,628. What does that mean?

A That, I don't know. I think that's on the County side, so I'm not sure what it stands for.

Q Okay. If you could look at page 2 of Exhibit 22 -- you may need to rotate your view because it's -- if you rotate your view counterclockwise, it may help. This page is labeled MAR1003. What is reflected in page MAR1003?

A The only thing that I use it for is it shows how much interest our depreciation account made for the month, because I have to make a journal entry for that. So that 7,593.37 is the only number I focus on on this screen.

Q Okay. And that depreciation account was established before you began working at Marquette. Is that correct?

A Yes.

Q Okay. And at least in January 2019, that depreciation account made $59,814.45 of interest.

Is that correct?
MR. SILVERBLATT: Objection to form. You can answer.
MS. PARKE: I -- I'm sorry, Rob, we couldn't -- I couldn't hear you.
MR. SILVERBLATT: I said objection to form. You can answer.
MS. PARKE: Okay.
THE WITNESS: This -- is this just for the month of January? Because in January we only made the 7,593.37. Or is that 2018? I'm sorry, I can't -- end balance of 12/31/2018? I -- I don't know if that is how much we made in 2018.
BY MS. PARKE:
Q Okay. But the -- the column end balance, 12/31/2018, the fact that that says $59,814.45, does that lead you to believe that that was the amount made through --
A Yes, that would -- that would be my assumption of what we made in 2018.
Q Okay. Thank you. If you could look at page 3 of Exhibit 22 -- you may have to re-rotate clockwise -- that bears Bates Number MAR001004.
A Okay.
Q If you look at the second entry under

Assets, it says 1/4/19 MCMCF Payables. What does that mean?
A That is the amount the County had to transfer to us to cover our payables -- or accounts payables for the -- the first run in January of 2019.
Q And why does Marquette County transfer money to Marquette County Medical Care Facility to cover its accounts payable?
A We transfer all of our revenue money to them, and they hold it and transfer it back. They technically own us, so they are in control of our cash in that way.
Q If you could open Exhibit 23, please.
A Okay.
Q For the record, Exhibit 23 was previously marked. It bears as Defendant's Exhibit 23. It bears Bates Number MAR943 to MAR1001. What is Defendant's Exhibit 23?
(Exhibit 23 was marked.)
A This is the balance sheet from the County of Marquette for January of 2021.
Q And would your interpretation of Defendant's Exhibit 23, would you use the same analysis as you used to interpret Defendant's

Exhibit 22, which was the accounts -- the activity report for January of 2019?

A Yes.

Q Okay. If you could open Exhibit 41, please.

A Okay.

Q We -- Defendant's Exhibit 41 was previously marked. It bears Bates Number MAR2273 to MAR2282. Oh, actually, this is a combination. I'm sorry. Well, we are -- okay. Let's go ahead and mark this compilation exhibit as Defendant's Exhibit 42. It's going to be a little confusing, but at least it will be accurate that -- Defendant's Exhibit 42, for purposes of this deposition, will include Defendant's Exhibits 35 to 41. So I think this is the compilation of all of the new documents we received at the beginning of Marquette's 30(b)(6) deposition with Denise Perry.

Okay. Okay. So Exhibit 42 is exhibit -- defendant -- is a compilation of exhibit -- Defendant's Exhibit 35 to 41, and they do not -- oh, they do have Bates numbers -- bearing Bates Number MAR2273 to MAR2282.

I'd like to talk to you about just the first four pages of this exhibit, which is MAR2273

to MAR2276. What is -- are those -- those four pages?

(Exhibit 42 was marked.)

A These are the Statement of Revenue, Expenses and Changes in Net Position out of our audited financial statements done by Plante Moran.

Q And so this document is created by Plante Moran. Is that right?

A Correct.

Q Okay. And how often does Marquette receive one of these Statement of Revenue, Expenses and Changes in Net Position?

A Annually.

Q Why is this document created?

A We're required to do a have -- a financial audit every year to make sure we're doing everything correctly. I believe because we're a governmental entity, we're required to do this.

Q And what is meant by changes in net position?

A Just it compares the difference between the year they're auditing and the prior year to see what differences there were.

Q And are those -- are those differences as a result of the audit or just looking at the

audited numbers year to year?
A It's just looking at the audited numbers year to year.
Q If you look down at the highlighted information about halfway down MAR2273 --
A Okay.
Q -- and -- and look at Operating Loss, what does that highlighted number tell you for 2019?
A That we lost $1.9 million that year.
Q And if you look at the next column, what does that tell you about 2018?
A That we lost $55,000.
Q Why did Marquette -- why did the net loss go up so much between 2018 and 2019?
A The biggest factor would have been there was a noticeable increase in the depreciation expense and the pension expense. We have to record underfunded pension expense on our financial statements.
Q A depreciation expense, is that money that Marquette actually pays out?
A No.
Q What is a depreciation expense?
A When you do, like, a building project or

buy a big item, you can spread it out over X amount of years, however the useful life of the item is in each year you expense off its portion of expense, I guess. So instead of putting million-dollar project on the book for one year, you can spread it over however many years of its useful life it has. And then that would create the expense. If that makes sense.

Q Yes, it --

A Okay.

Q -- to me, that is. If you look up a few lines, it says, Depreciation note five as an operating expense. What is that?

A That would be the expense. I don't know what note five. It must -- it must've been a note in the financial statements. But that would be the depreciation expense for that year. So in 2019, we had a -- or 2018, we did a building project. So our expenses would have gone up. So therefore, there would've been more stuff depreciated in 2019 than 2018.

Q If you look at the bottom of page number MAR2273, where it says Net Position End of Year, what does that number tell you for 2019?

A That is how much we are worth in -- with

cash in all of our assets.
Q And so in 2018, Marquette was worth $12,587,291. Is that right?
A In 2019. Yes.
Q Okay. Thank you. Sorry.
A That's okay.
Q And then in 2018, Marquette was worth $14,143,678. Is that correct?
A Correct.
Q Okay. When was the building that you mentioned, when was that completed?
A 2018.
Q Okay. If you could look at the second page, which bears Bates Number MAR2274. And then about halfway down, those highlighted numbers says Operating Loss.
A Okay.
Q What does that number tell you for 2020?
A That we had a $2.9 million operating loss.
Q And does the -- the next column show that for 2019, there was an operating loss of $1,913,846?
A Yes.
Q And would it be fair to say that the

operating loss in 2020 was nearly $1 million more than in 2019?

A Yes.

Q Okay. If you could open -- okay. It's marked in here as Exhibit 42. But because I just changed it up, we are going to mark that. If you could open the file labeled Exhibit 42. But for the record, we will mark this as Exhibit 43. And it bears Bates Number MAR352. It is an Excel spreadsheet.

(Exhibit 43 was marked.)

A Okay.

Q Are you familiar with Defendant's Exhibit 42?

A Yes.

Q What is Defendant's Exhibit 42?

A This was the document I -- I supplied to Plante Moran showing everyone's wages that they would use to calculate for the ERC for the first quarter of 2021.

Q And how did you generate exhibit -- Defendant's Exhibit 42?

A By using payroll reports.

Q And if you look at the bottom of the Excel sheet, there are a few notes in a box. And it

says -- it starts with MCMF Received PRF funds. What -- what does that -- what do those notes mean?

A I'm not seeing them, but that -- that --

Q Oh, I'm sorry.

A It's down at the bottom. Like, what row?

Q Three hundred and -- starts at 332.

A Okay.

Q And it's -- it's in the middle, but it's in a -- it starts approximately Row D through Row J.

A Row 332?

Q Yes.

A I'm -- still don't see that. Am I --

Q Okay. So let's --

MR. SILVERBLATT: Can you share your screen, Kim?

MS. PARKE: Yep. That was my next step. Okay. Okay.

BY MS. PARKE:

Q Okay. Are you able to see my screen, Ms. Filibeck?

A Yes.

Q Okay. So I'm scrolling down, and I am asking about this box that I just highlighted. Let me see if I can make it a little bigger. Okay. Do

you see the box that I'm referring to now? It starts with MCMF Received.
A Yes. My --
Q Okay.
A My exhibit did not look like this. But anyway, I am.
Q I have no idea.
A That's all right. The PRF funds: We received federal funding during COVID, called Provider Relief Funds, that was part of the CARES Act that we could use to reimburse for COVID expenses.
Q And what does -- it says, Because, and then it says, A. Because A MCMF reported the use of these funds to HR SA -- see PRF Number 1, PRF Number 2 -- a portion of these funds were used to offset salaries. What does that mean?
A We would -- we would -- we required people to come in and get tested for COVID, and we'd have to pay them two hours of pay. So we used some of the funds for that. At one point -- I'm not sure if it was '21 or '20 -- we were giving people $2 extra an hour of hazard pay because -- if they had to work on the COVID wing. And we'd use the CARES money to offset that.

Q And after B, it says, The PRF funds are required to be used to reimburse for expenses not already reimbursed by other sources. What does that mean?
A They were the last funding source we were able to use to offset COVID expenses. So if you got money from the state or the local government, those funds had to be used prior to the federal funding.
Q Okay. And then C, it says, The PRF funds were reported prior to ERC determination, and there is no known format for amending PRF reporting for changes in estimates. What does that mean?
A I -- I had to report all -- how we spent our money to the federal government prior to the ERC being done. I -- this is a Plante Moran spreadsheet. But -- so I had to -- there was a single audit we had to do for the federal government for the PRF funds, and I had to report everything in a portal to the federal government for how we were spending the Provider Relief Funds. I'm assuming that's what it is referring to.
Q So you just said this was a Plante Moran document. I -- I thought that you had said you created it. Did I misunderstand? Or who created Exhibit --

A The Exhibit 42 that I pulled up was not -- not what you're showing me on your screen. So that's where the difference is.
Q Oh, okay. I have no explanation for why they are different, unless I have some setting on my --
A I can try to open it just from the shared box, maybe. Okay. It -- I pulled it up. Now, yes, that -- this is a file that Plante Moran created when they were doing our employee retention tax credit.
Q Okay.
A Makes more sense now. Sorry.
Q Okay. So you did not create what -- the file name says Exhibit 42, but we've now marked it as Defendant's Exhibit 43. Is that correct?
A Correct. I did not --
Q Okay.
A Plante Moran created it.
Q Okay. If you look at my shared screen -- which, if you want to look on your version, that's fine, too -- it's in about Row 4 to 11 and starts in Column K and goes through Column O. It says, Management of Marquette, MCF, asserted that allowable expenses were applied against PRF

received as opposed to lost revenue. What does that mean?
A We applied our lost revenue costs to the Provider Relief Funds instead of saying we had lost revenue.
Q Okay. And then it says, As such, Marquette applied personnel costs against the PRF. What does that mean?
A That would be those costs I was stating how we -- if people came in for the two hours to get swabbed or the -- the $2 hazard pay and such.
Q And then it says, Due to the concurrent covered periods of the PRF and ERC, Marquette elected to reduce the eligible ERC wages by a portion of the personnel costs applied against the ERC-eligible wages for this -- for each individual. What does that mean?
A That when they calculated what we were eligible for, they took those costs out of the wages for each employee so that we weren't double-dipping.
Q And by those costs, you mean the costs covered by PRF?
A Correct.
Q And who made that decision, when it says

Marquette elected to reduce the eligible ERC wages by a portion of the personnel costs applied against the ERC eligible wages for each individual?

A Myself and the administrator at the time.

Q This -- and then the next sentence says, This method was deemed appropriate, as Marquette is unable to provide a breakout by employee of personnel costs applied to the PRF. What does that mean?

A There wasn't a real specific way to break it out by which employees got what, so they just took the total amount that we used and divided it by the amount of employees and subtracted it from the -- the eligible wages for each employee for the ERC.

Q Okay. And then the next sentence says, Additionally, the PRF personnel costs have an immaterial impact on the ERC calculation. What does that mean?

A The costs weren't enough to affect the ERC calculation.

Q And why is that?

A It wasn't a large enough sum of money to make an impact. I believe most of our employees made over the amount that -- the $10,000 that was

allowable. So it didn't really make much of a difference.

Q Okay. We are done with Exhibit 43. File Exhibit 42.

Okay. I'm going to ask you to open the file that was marked -- that is named Exhibit 43, and which I will ask the court reporter to mark as Defendant's Exhibit -- wait just a second. I think I screwed this up. Oh, nope, I'm looking at the wrong file. Here we go.

Okay. The file that has been marked as -- that is now being marked as Defendant's Exhibit 43, which bears Bates Number MAR2283 --

MR. SILVERBLATT: Wasn't the other one, Kim, just marked as 43?

MS. PARKE: I'm sorry. You're correct. The file is called Exhibit 43. We are marking it as Defendant's 44. Thanks, Rob.

BY MS. PARKE:

Q What is Defendant's Exhibit 44, Ms. Filibeck?

(Exhibit 44 was marked.)

A It appears to be our losses for those five years.

Q Have you ever seen Defendant's Exhibit 44

before?

A No.

THE REPORTER: I just want to confirm something. This is file name Exhibit 44. Because you just said 02283, which is already named 44, so I wouldn't change that. I just want to make sure I know which exhibit you're referring to right now.

MS. PARKE: I -- so this exhibit in the chat is marked Exhibit 43. The file name is Exhibit 43. And it's MAR2283. The Exhibit 44 that I'm looking at in the chat is an --

THE REPORTER: The one --

MS. PARKE: -- Excel --

THE REPORTER: -- the one with Bates Number 2283 is named Exhibit 44 in the chat. I -- I just opened it. It shows five losses: '18, '19, '20, '21, '22.

MR. SILVERBLATT: I'm seeing --

MS. PARKE: Rob, I'm sorry?

MR. SILVERBLATT: I'm seeing the same as Kim.

MS. PARKE: Yeah, I -- I'm looking at -- I'm looking in the chat there --

THE REPORTER: Okay. Maybe it was -- maybe it was the original one you sent me. I -- I -- it's

just getting confusing. Because you sent -- you sent them again, I guess. Okay. So this is Bates Number 2283, and it's going to be marked Exhibit 44 or --

MS. PARKE: Correct.

THE REPORTER: Okay. Sorry.

MS. PARKE: No. No. It's just a little flub. We're almost done.

BY MS. PARKE:

Q Okay. So I am done with Defendant's Exhibit 44. I would like you to open the file that is named Exhibit 44, but we will mark it as Defendant's Exhibit 45 for today. And bears Bates Number MAR2284. And this is an Excel spreadsheet. If you want, I can -- let me share my screen just to make sure that we are seeing the same thing. So we don't have the --

Okay. Can you now see my screen?

(Exhibit 45 was marked.)

A Yes.

Q Okay. So I am going to click on the tab marked as 19_21 Census for Defendant's Exhibit 45. And what is Defendant's Exhibit 45?

A It is a spreadsheet I made for Denise in her preparation for her deposition just breaking

down the census numbers by quarter, comparing 2019 to 2021. And then at the bottom, I -- well, I totaled the census. And then at the bottom, I had the rates that I could figure out that are pretty consistent for each type -- payer type, like private pay and Medicare and Medicaid --

Q Okay.

A -- just to show -- because we didn't have a super -- because the revenue kind of stayed the same, but our rates went up a significant amount in some categories. So that's all I was showing with this.

Q Okay. And so Defendant's Exhibit 45 was prepared for purposes of this litigation only?

A Yes.

Q Okay. But you don't normally track information in this form, as Defendant's Exhibit 45, right? Correct?

A We do -- we track the census with this spreadsheet, but that's just for internal use for -- to know -- to make journal entries and whatnot. But it's not like an official document by any means.

Q Okay. Okay. I'm going to stop sharing that. Okay. I only have a few more questions. How

did Marquette learn about the employee retention credit?

A We learned about it -- I learned about it at a conference, actually, and then I followed up with Plante Moran after that conference. Because we initially weren't eligible for it because we're governmental. And then in 2021, they allowed healthcare-providing governmental entities to participate. And that's -- I reached out to Plante Moran then, and that's when we decided to file for it.

Q Okay. Did Marquette lay off any employees as a result of the COVID 19 pandemic?

A No.

Q Has Marquette ever laid off any employees?

A Not since I've been here, no.

MS. PARKE: Okay. I do -- the -- the only thing that I would ask while we take a break: I don't have any further questions, but if you could take a few minutes -- I was asking you about Exhibit 17, 18, and 19 -- to confirm those -- so the -- the question I would -- would leave for 17 and 18: You had said you would look at the payroll data to see if 17 or 18 was the final version of

that ERC worksheet.
THE WITNESS: Okay. Yep.
MS. PARKE: And then for Exhibit 19, you were also going to confirm those numbers on that ERC worksheet.
THE WITNESS: Okay. Yep. I can do -- confirm that.
MS. PARKE: Okay. That would --
MR. SILVERBLATT: Kim, do we need to go back on the record, or do you want us to just send you an email?
MS. PARKE: Yeah, an email is sufficient. Rob, can we treat the email as an answer on behalf of Marquette?
MR. SILVERBLATT: That's fine.
MS. PARKE: Perfect. Okay. Rob, do you have any questions?
MR. SILVERBLATT: No. So just so I understand, you want to know between 17 and 18 which one was final?
MS. PARKE: Yes.
MR. SILVERBLATT: And then as to 19, you want to know?
MS. PARKE: She was just going to confirm -- she -- so for whichever one is final for 17 or

18, she said that she could look to confirm those numbers in the payroll database.

MR. SILVERBLATT: Okay.

MS. PARKE: So I would just ask, you know, let me know: Okay, 18 is the final based on the payroll database. And then the numbers in 19 are correct for the dates that were at the top of that spreadsheet.

MR. SILVERBLATT: Okay.

MS. PARKE: And verifying those with the database. So I don't think we need to stay on the record or anything. An email is sufficient.

MR. SILVERBLATT: Okay.

MS. PARKE: All right. Thank you so much.

THE WITNESS: Thank you.

(Off the record at 1:08 p.m.)

CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

I, Paul Kaminski, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings were fully sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.



________________________________

PAUL KAMINSKI, NOTARY PUBLIC,
FOR THE STATE OF TENNESSEE
JULY 10, 2026

CERTIFICATE OF TRANSCRIBER

I, Kathleen Browning, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding; that said proceedings were reduced to typewriting under my supervision; that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to the case and have no interest, financial or otherwise, in its outcome.

*Kathleen Browning*

_____________________________

KATHLEEN BROWNING
PLANET DEPOS, LLC
JULY 10, 2026

**A**

**a-l-l-e-c-i-a**
6:16
**ability**
51:11, 52:8
**able**
25:11, 38:20, 40:6
**about**
8:2, 10:22, 12:12, 12:14, 17:7, 18:13, 21:1, 29:4, 32:24, 34:5, 34:12, 36:15, 38:24, 41:22, 48:1, 48:3, 48:21
**account**
26:25, 28:9, 29:16, 29:20, 29:25
**accounting**
11:10, 14:19, 14:21, 24:16
**accounts**
15:24, 18:1, 28:19, 28:24, 31:4, 31:9, 32:1
**accurate**
8:14, 19:6, 32:13, 51:10, 52:7
**act**
39:11
**action**
6:4
**activities**
17:13
**activity**
21:7, 21:25, 32:1
**actually**
32:9, 34:22, 48:4
**add**
28:16
**additionally**
43:17
**adjs**
27:24
**administer**
5:3
**administrative**
10:16
**administrator**
10:11, 10:13, 15:19, 16:16, 16:19, 16:23, 17:1, 17:2, 18:11, 24:15, 43:4
**administrator's**
15:2
**admissions**
17:18
**affect**
43:20
**affirmed**
5:15
**after**
19:6, 21:18, 40:1, 48:5
**again**
46:2
**against**
25:17, 41:25, 42:7, 42:15, 43:2
**ago**
11:4
**agree**
5:5
**ahead**
32:10
**ahrons**
3:21
**air**
29:2
**all**
5:4, 5:7, 7:2, 8:1, 8:2, 8:11, 10:6, 11:5, 11:25, 16:20, 19:12, 21:13, 21:18, 28:10, 28:17, 31:10, 32:16, 36:1, 39:8, 40:13, 47:11, 50:14
**allecia**
1:12, 2:1, 4:2, 5:14, 6:13
**allowable**
41:25, 44:1
**allowed**
48:7
**almost**
10:19, 18:8, 46:8
**along**
5:25
**already**
21:1, 40:3, 45:5
**also**
3:20, 16:16, 17:1, 20:1, 24:16, 49:4
**always**
16:20
**amending**
40:11
**america**
1:8, 3:3, 6:3
**amount**
7:25, 30:18, 31:3, 35:1, 43:12, 43:13, 43:25, 47:10
**analysis**
31:25
**annually**
33:13
**another**
7:23
**answer**
7:9, 8:8, 24:22, 30:3, 30:7, 49:13
**answers**
7:7, 7:17
**any**
5:5, 6:18, 7:2, 8:12, 11:17, 12:4, 14:23, 19:9, 22:17, 47:22, 48:12, 48:15, 48:20, 49:17, 51:4, 51:13, 52:10
**anyone**
11:21, 24:10
**anything**
28:16, 50:12
**anyway**
39:6
**ap**
17:15, 17:25
**appears**
44:23
**applicable**
5:7, 5:11
**applied**
41:25, 42:3, 42:7, 42:15, 43:2, 43:8
**appointed**
9:10
**appropriate**
43:6
**approximately**
13:19, 21:15, 38:9
**around**
22:5
**asking**
7:6, 38:24, 48:21
**asserted**
41:24
**assets**
31:1, 36:1
**assistant**
10:11, 10:12, 15:18, 16:7, 16:16, 16:19, 16:22, 16:23, 17:1, 17:17, 18:11, 27:15
**assistants**
17:15, 17:24

**assume**
7:9
**assuming**
40:21
**assumption**
30:20
**attached**
4:7
**attend**
12:19, 12:24,
13:22, 13:25,
14:3, 14:16
**attendance**
19:1
**audio**
9:22, 51:9,
52:4
**audit**
33:16, 33:25,
40:17
**audited**
33:6, 34:1,
34:2
**auditing**
33:22
**audits**
11:11
**authorized**
5:2
**available**
10:16

**B**

**b)(6**
32:18
**bachelor's**
13:17, 14:19,
14:21
**back**
10:15, 11:2,
15:17, 28:18,
31:11, 49:10
**background**
12:15, 17:2,
24:17
**backup**
9:24
**balance**
26:22, 27:12,
27:19, 29:6,
30:12, 30:15,
31:21
**balances**
27:21
**barb**
18:16, 19:17,
19:19, 19:21
**based**
50:5
**bates**
20:7, 21:22,
21:24, 22:22,
23:5, 23:21,
25:5, 25:23,
26:17, 30:23,
31:18, 32:8,
32:22, 36:14,
37:9, 44:13,
45:14, 46:2,
46:13
**bearing**
32:22
**bears**
20:7, 21:22,
21:24, 22:22,
23:5, 23:21,
25:5, 25:23,
26:17, 30:23,
31:17, 31:18,
32:8, 36:14,
37:9, 44:13,
46:13
**became**
15:25, 16:22,
18:10
**because**
7:17, 11:3,
11:7, 17:1,
28:8, 28:17,
29:12, 29:17,
30:10, 33:17,
37:5, 39:13,
39:14, 39:23,
45:4, 46:1,
47:8, 47:9,
48:5, 48:6
**become**
15:18
**been**
10:17, 11:7,
12:1, 17:3,
27:17, 34:16,
35:15, 35:20,
44:11, 48:17
**before**
2:12, 8:8,
8:25, 9:19,
15:7, 15:13,
15:22, 16:22,
16:25, 18:10,
24:12, 29:21,
45:1, 51:3
**began**
29:21
**beginning**
21:23, 23:20,
29:6, 32:17
**behalf**
3:2, 3:11,
9:10, 24:14,
49:13
**being**
5:15, 10:4,
40:15, 44:12
**believe**
13:22, 14:12,
21:1, 30:17,
33:17, 43:24
**ben**
3:7
**best**
7:6, 11:24,
51:10, 52:7
**between**
33:21, 34:15,
49:19
**beyond**
8:3
**big**
35:1
**bigger**
38:25
**biggest**
34:16
**biller**
15:12, 15:24,
17:14
**bit**
10:21, 17:6
**blank**
13:3
**board**
20:19
**book**
35:5
**both**
6:14, 7:15
**bottom**
35:22, 37:24,
38:5, 47:2, 47:3
**box**
3:7, 37:25,
38:24, 39:1,
41:8
**break**
8:5, 8:9,
43:10, 48:19
**breaking**
46:25
**breakout**
43:7
**breaks**
8:2
**brigham**
3:5, 6:1
**browning**
52:2, 52:15
**building**
28:10, 34:25,
35:18, 36:10
**business**
17:13
**buy**
35:1

**C**

**c-o-m-p-t-r-o-l--l-e-r**
16:13
**calculate**
24:7, 37:19
**calculated**
24:4, 42:18
**calculation**
43:18, 43:21

**calendar**
20:1
**call**
9:9
**called**
39:9, 44:17
**came**
42:10
**can't**
30:11
**care**
1:5, 3:12, 6:2, 9:11, 9:14, 14:25, 27:5, 27:9, 27:18, 31:8
**cares**
39:10, 39:25
**case**
1:7, 6:2, 6:6, 8:20, 51:13, 52:10
**cash**
26:24, 28:5, 28:6, 28:12, 28:13, 28:16, 28:21, 28:22, 28:23, 31:13, 36:1
**cash-fiscal**
27:24
**categories**
47:11
**catholic**
15:15
**census**
4:14, 46:22, 47:1, 47:3, 47:19
**certificate**
14:25, 51:1, 52:1
**certification**
5:10
**certified**
5:5, 17:24
**certify**
51:4, 52:2
**cfo**
10:15, 16:17
**chance**
7:6
**change**
45:6
**changed**
37:6
**changes**
4:10, 8:16, 28:17, 33:5, 33:12, 33:19, 40:12
**charge**
18:19
**charges**
21:19
**chat**
45:9, 45:11, 45:15, 45:23
**civil**
3:6, 6:3
**claim**
11:3, 24:3
**claimed**
6:8
**clarification**
7:12
**cleanly**
7:24
**clear**
7:16
**click**
46:21
**clock**
18:25, 19:5
**clockwise**
30:23
**cnas**
17:11, 17:23
**co-counsel**
6:1
**cocktail**
9:4
**college**
12:21, 12:23
**colorado**
13:5, 14:12, 14:18
**column**
21:7, 21:12, 22:12, 30:15, 34:11, 36:21, 41:23
**combination**
32:9
**come**
39:19
**company**
3:22
**compared**
25:10
**compares**
33:21
**comparing**
47:1
**compilation**
32:11, 32:16, 32:20
**complete**
8:14
**completed**
36:11
**comptroller**
16:4, 16:9, 16:10, 16:17
**concurrent**
42:12
**conditioner**
29:2
**conducted**
1:13, 2:1
**conference**
48:4, 48:5
**confirm**
26:8, 45:3, 48:22, 49:4, 49:7, 49:24, 50:1
**confusing**
7:18, 22:19, 32:12, 46:1
**consistent**
5:11, 47:5
**constitute**
5:9
**contain**
26:5
**contents**
11:17
**control**
17:19, 31:12
**controller**
10:14, 16:1, 16:2, 16:9
**coordinator**
17:18, 17:20
**corner**
20:21
**correct**
15:5, 15:6, 16:4, 16:17, 16:18, 18:2, 19:14, 20:25, 21:4, 22:9, 22:14, 27:5, 27:6, 29:22, 30:1, 33:9, 36:8, 36:9, 41:16, 41:17, 42:24, 44:16, 46:5, 47:18, 50:7
**correctly**
5:22, 10:2, 33:17
**cost**
11:11
**costs**
42:3, 42:7, 42:9, 42:15, 42:19, 42:22, 43:2, 43:8, 43:17, 43:20
**could**
6:11, 6:14, 8:16, 18:21, 20:2, 20:8, 21:20, 22:16, 23:4, 25:1, 25:19, 26:12, 29:10, 30:21, 31:14, 32:4, 36:13, 37:4,

37:7, 39:11, 47:4, 48:20, 50:1
**couldn't**
30:5
**counsel**
5:23, 8:19, 8:22, 51:12, 52:9
**counterclockwise**
29:13
**county**
1:4, 3:11, 6:2, 9:10, 9:13, 26:23, 26:24, 27:4, 27:8, 27:9, 27:14, 27:18, 27:19, 28:9, 29:9, 31:3, 31:7, 31:8, 31:21
**couple**
12:25
**court**
1:1, 6:5, 7:14, 7:23, 9:6, 9:21, 44:7, 51:1
**cover**
28:19, 31:4, 31:9
**covered**
42:13, 42:23
**covid**
39:9, 39:11, 39:19, 39:24, 40:6, 48:13
**create**
12:4, 19:4, 20:16, 21:2, 21:16, 35:7, 41:14
**created**
27:4, 27:8, 33:7, 33:14, 40:24, 41:9, 41:19
**creates**
20:14, 27:12
**credit**
11:13, 15:15, 41:11, 48:2
**credits**
6:9
**current**
16:6, 16:15, 21:7, 21:25
**currently**
12:7, 18:15

**D**

**data**
19:4, 21:9, 21:13, 24:8, 26:9, 48:25
**database**
50:2, 50:6, 50:11
**date**
21:11, 22:12, 23:14
**dates**
50:7
**day**
17:10
**dc**
3:8
**december**
26:6
**decided**
48:10
**decision**
42:25
**deemed**
43:6
**defendant**
1:9, 3:2, 5:23, 32:20
**defendant's**
20:6, 22:22, 23:21, 23:22, 24:1, 24:11, 25:4, 25:22, 26:16, 26:18, 26:21, 27:3, 31:17, 31:19, 31:24, 31:25, 32:7, 32:11, 32:14, 32:15, 32:21, 37:13, 37:16, 37:22, 41:16, 44:8, 44:12, 44:18, 44:20, 44:25, 46:10, 46:13, 46:22, 46:23, 47:13, 47:17
**degree**
13:14, 13:15, 13:17, 13:20, 14:6, 14:8, 14:17, 14:19, 14:21
**degrees**
12:25, 14:23
**demand**
19:1
**denise**
10:15, 32:18, 46:24
**department**
3:6, 17:12, 17:16
**depos**
52:16
**deposition**
1:12, 2:1, 4:8, 5:3, 6:10, 7:1, 7:15, 8:24, 10:3, 10:22, 10:25, 11:19, 11:22, 12:1, 12:5, 23:20, 32:15, 32:18, 46:25
**depreciated**
29:3, 35:20
**depreciation**
28:5, 28:7, 28:8, 28:13, 28:15, 28:22, 28:25, 29:16, 29:20, 29:25, 34:17, 34:21, 34:24, 35:12, 35:17
**designee**
9:9
**determination**
40:10
**determine**
25:14
**dietary**
17:13
**differ**
28:12
**difference**
28:20, 33:21, 41:3, 44:2
**differences**
33:23, 33:24
**different**
17:9, 28:14, 41:5
**digital**
51:8, 52:3
**dipping**
42:21
**director**
16:25, 17:17, 27:14
**disagrees**
27:18
**discuss**
8:5
**discussed**
14:24
**discussion**
9:4, 11:17
**district**
1:1, 1:2, 6:5
**divided**
43:12
**division**
3:6
**document**
20:5, 21:6, 21:12, 33:7, 33:14, 37:17, 40:23, 47:22
**documents**
11:5, 11:25, 12:4, 32:17

**doing**
15:25, 33:16, 41:10
**done**
7:24, 19:10, 19:12, 33:6, 40:15, 44:3, 46:8, 46:10
**double**
42:20
**down**
7:24, 21:23, 23:4, 29:4, 29:5, 34:4, 34:5, 36:15, 38:5, 38:23, 47:1
**drawing**
13:3
**due**
6:8, 42:12
**duly**
5:15
**duquette**
18:16, 19:17
**during**
39:9
**duties**
10:16

**E**

**each**
21:16, 35:3, 42:16, 42:20, 43:3, 43:14, 47:5
**easier**
7:16
**education**
17:19
**educational**
12:15
**eighteen**
10:19
**elected**
42:14, 43:1
**electronic**
5:4
**eligible**
42:14, 42:19, 43:1, 43:3, 43:14, 48:6
**else**
11:21, 18:14
**email**
49:11, 49:12, 49:13, 50:12
**employed**
51:12, 52:9
**employee**
6:9, 11:13, 18:23, 41:10, 42:20, 43:7, 43:14, 48:1
**employees**
17:9, 18:3, 18:8, 43:11, 43:13, 43:24, 48:12, 48:16
**end**
28:2, 30:12, 30:15, 35:23
**ends**
19:25
**enough**
43:20, 43:23
**entail**
10:13
**entities**
48:8
**entitlement**
6:8
**entity**
33:18
**entries**
47:21
**entry**
27:24, 29:18, 30:25
**equals**
27:20
**erc**
11:2, 24:3, 37:19, 40:10, 40:15, 42:13, 42:14, 43:1, 43:3, 43:15, 43:18, 43:21, 49:1, 49:5
**erc-eligible**
42:16
**esquire**
3:4, 3:5, 3:13
**established**
29:21
**estimates**
40:12
**ever**
6:18, 8:16, 8:24, 9:6, 17:3, 27:17, 44:25, 48:15
**every**
8:2, 19:1, 20:15, 20:17, 20:19, 21:2, 21:18, 27:20, 33:16
**everyone**
17:21
**everyone's**
37:18
**everything**
7:24, 11:1, 21:19, 33:17, 40:19
**evidentiary**
5:8
**examination**
4:2, 5:23
**examined**
5:17
**excel**
4:11, 4:13, 37:9, 37:25, 45:13, 46:14
**exhibits**
22:17, 27:3, 32:15
**expect**
8:3
**expense**
34:18, 34:19, 34:21, 34:24, 35:3, 35:7, 35:13, 35:14, 35:17
**expenses**
4:9, 33:5, 33:11, 35:19, 39:12, 40:2, 40:6, 41:25
**explanation**
41:4
**extra**
39:23

**F**

**f-i-l-i-b-e-c-k**
6:17
**facility**
1:5, 3:12, 6:3, 9:11, 9:14, 27:5, 27:9, 27:18, 31:8
**fact**
30:16
**factor**
34:16
**fair**
9:15, 36:25
**familiar**
20:11, 20:13, 22:23, 23:22, 25:24, 26:18, 37:13
**federal**
6:7, 17:3, 39:9, 40:8, 40:14, 40:17, 40:19
**ferris**
15:1
**few**
6:25, 11:4, 11:8, 12:14, 12:25, 35:11, 37:25, 47:25, 48:21
**fidelity**
3:21
**figure**
47:4

**file**
19:5, 37:7, 41:9, 41:15, 44:3, 44:6, 44:10, 44:11, 44:17, 45:4, 45:9, 46:11, 48:10
**file's**
19:7
**filed**
11:13, 24:2, 25:9, 26:4
**files**
19:20
**filibeck**
1:12, 2:1, 4:2, 5:14, 5:20, 6:13, 20:7, 38:21, 44:21
**final**
25:11, 25:15, 48:25, 49:20, 49:25, 50:5
**finance**
27:14
**finances**
19:23, 20:20
**financial**
11:11, 17:2, 20:18, 33:6, 33:16, 34:19, 35:16, 51:14, 52:11
**find**
24:21
**fine**
9:16, 41:22, 49:15
**firm**
11:10
**first**
5:15, 6:15, 6:16, 13:11, 31:5, 32:25, 37:19
**fiscal**
19:24, 19:25
**five**
4:12, 12:12, 35:12, 35:15, 44:24, 45:16
**flub**
46:8
**focus**
29:19
**followed**
48:4
**follows**
5:17
**foregoing**
51:3, 51:5, 52:4
**form**
30:2, 30:7, 47:17
**format**
40:11
**four**
32:25, 33:1
**fourths**
29:4
**franklin**
3:7
**fresh**
11:6
**full**
18:5, 18:9
**full-time**
18:3
**fully**
51:5
**fund**
28:21, 28:22, 28:23, 29:6
**funded**
28:8, 28:15
**funding**
39:9, 40:5, 40:8
**funds**
28:14, 38:1, 39:8, 39:10, 39:15, 39:16, 39:21, 40:1, 40:8, 40:9, 40:18, 40:20, 42:4
**further**
48:20
**fuss**
7:25

**G**

**gates**
3:14
**general**
15:9, 15:10, 15:14
**generate**
37:21
**getting**
46:1
**give**
7:16
**given**
8:24
**giving**
8:13, 39:22
**go**
6:25, 8:3, 12:21, 32:10, 34:15, 44:10, 49:9
**goes**
41:23
**going**
6:25, 32:12, 37:6, 44:5, 46:3, 46:21, 47:24, 49:4, 49:24
**gone**
6:18, 35:19
**good**
9:3
**government**
40:7, 40:14, 40:18, 40:19
**governmental**
33:18, 48:7, 48:8
**graduate**
12:17
**graduated**
13:1, 14:5
**great**
20:2
**ground**
7:1
**guess**
18:22, 27:16, 35:4, 46:2
**guys**
11:6

**H**

**halfway**
34:5, 36:15
**happy**
22:17
**hazard**
39:23, 42:11
**head**
7:17
**healthcare-providing**
48:8
**hear**
30:5
**hearing**
5:12
**heidenberg**
3:23
**help**
29:13
**here**
9:8, 27:24, 37:5, 44:10, 48:17
**hereby**
51:4, 52:2
**high**
12:17, 12:19, 12:20
**highlighted**
34:4, 34:8, 36:15, 38:24
**hired**
15:23, 18:14
**hold**
28:10, 31:11

**home**
12:13
**hope**
9:2
**hopefully**
9:5
**hospital**
15:9, 15:11,
15:14
**hour**
8:3, 8:6, 39:23
**hours**
8:4, 39:20,
42:10
**housekeeping**
17:12
**however**
35:2, 35:6
**hr**
17:15, 39:15
**hubbard**
24:16
**hundred**
38:6

I

**idea**
39:7
**immaterial**
43:18
**impact**
43:18, 43:24
**include**
32:15
**income**
6:7, 23:7
**increase**
34:17
**indicate**
22:5, 22:6
**indicating**
26:23
**individual**
42:16, 43:3
**infection**
17:19
**information**
14:10, 34:5,
47:17
**initial**
11:2
**initially**
48:6
**instead**
35:4, 42:4
**insurance**
3:22
**intended**
5:7
**interest**
29:16, 29:25,
51:14, 52:11
**internal**
47:20
**internally**
19:12
**interpret**
31:25
**interpretation**
31:23
**invoices**
21:18
**irs**
24:12, 25:12
**ish**
14:22
**it'll**
9:3, 15:4
**item**
35:1, 35:2

J

**january**
21:14, 22:14,
29:24, 30:10,
31:5, 31:22,
32:2
**jerry**
24:16
**job**
1:23
**journal**
29:18, 47:21
**july**
1:14, 21:13,
21:14, 26:6,
51:21, 52:17
**june**
24:19
**justice**
3:6

K

**k&l**
3:14
**kaminski**
1:25, 2:12,
51:2, 51:19
**kathleen**
52:2, 52:15
**keep**
19:23, 20:20,
26:23
**kim**
5:25, 38:16,
44:15, 45:21,
49:9
**kimberly**
3:4
**kind**
11:3, 47:9
**kinds**
17:9
**know**
7:4, 7:12, 8:6,
8:17, 18:9,
22:18, 24:20,
26:7, 28:1,
29:8, 30:12,
35:14, 45:7,
47:21, 49:19,
49:23, 50:4,
50:5
**knowledge**
51:11, 52:8
**known**
40:11

L

**l-u-e-t-z-o-w**
6:24
**labeled**
29:13, 37:7
**laid**
48:15
**large**
29:2, 43:23
**last**
5:19, 6:15,
6:17, 6:23, 40:5
**later**
7:20, 9:4
**laundry**
17:12
**law**
5:11
**laws**
5:8
**lay**
48:12
**lead**
30:17
**learn**
48:1
**learned**
48:3
**least**
7:25, 29:24,
32:13
**leave**
48:23
**left-hand**
20:21
**let's**
13:4, 13:6,
32:10, 38:14
**license**
15:2
**life**
35:2, 35:6
**lines**
35:12
**listed**
24:18
**litigation**
47:14
**little**
7:18, 10:21,
17:6, 22:18,
32:12, 38:25,
46:7
**live**
12:7, 12:8

**llc**
52:16
**llp**
3:14
**local**
40:7
**long**
10:17, 28:17
**long-term**
14:25
**look**
20:8, 21:5, 21:7, 21:23, 22:11, 22:16, 23:7, 23:16, 24:23, 24:24, 24:25, 25:10, 25:16, 26:9, 27:22, 27:23, 28:4, 28:6, 29:10, 30:21, 30:25, 34:4, 34:7, 34:11, 35:11, 35:22, 36:13, 37:24, 39:5, 41:20, 41:21, 48:24, 50:1
**looked**
27:3
**looking**
6:21, 7:20, 11:7, 33:25, 34:2, 44:9, 45:11, 45:22, 45:23
**lose**
23:13
**loss**
22:6, 23:7, 34:7, 34:14, 36:16, 36:20, 36:22, 37:1
**losses**
4:12, 44:23, 45:16
**lost**
22:13, 34:10, 34:13, 42:1, 42:3, 42:4
**lot**
8:4, 18:8
**luetzow**
6:23

**M**

**m-o-r-a-n**
11:15
**made**
22:2, 22:8, 23:10, 29:17, 29:25, 30:10, 30:13, 30:18, 30:20, 42:25, 43:25, 46:24
**maiden**
6:20, 6:23
**maintenance**
17:12
**majority**
26:24
**make**
5:22, 7:5, 7:15, 9:2, 10:1, 19:5, 19:6, 27:21, 29:17, 33:16, 38:25, 43:24, 44:1, 45:6, 46:16, 47:21
**makes**
35:7, 41:13
**management**
41:24
**many**
18:3, 18:5, 18:9, 35:6
**mar**
20:7, 21:6, 21:22, 21:24, 22:23, 23:5, 23:22, 25:6, 25:24, 26:17, 27:23, 29:5, 29:14, 30:23, 31:18, 32:8, 32:9, 32:23, 32:25, 33:1, 34:5, 35:23, 36:14, 37:9, 44:13, 45:10, 46:14
**march**
20:23, 21:10, 21:14, 22:7, 22:14, 23:3, 23:9, 23:11, 24:19
**mark**
3:23, 32:11, 37:6, 37:8, 44:7, 46:12
**marked**
20:6, 20:9, 22:21, 22:24, 23:19, 23:24, 25:5, 25:7, 25:23, 25:25, 26:16, 26:19, 31:17, 31:20, 32:8, 33:3, 37:5, 37:11, 41:15, 44:6, 44:11, 44:12, 44:15, 44:22, 45:9, 46:3, 46:19, 46:22
**marking**
44:17
**marquette**
1:4, 3:11, 6:2, 6:6, 9:10, 9:13, 9:14, 9:17, 10:10, 10:18, 11:21, 15:4, 15:8, 15:9, 15:10, 15:13, 15:18, 15:19, 15:21, 16:20, 17:7, 17:10, 18:4, 18:12, 19:3, 19:13, 19:22, 22:8, 22:12, 22:13, 23:10, 23:13, 24:8, 24:10, 24:14, 27:4, 27:8, 27:9, 27:15, 27:17, 27:19, 29:21, 31:7, 31:8, 31:22, 33:10, 34:14, 34:22, 36:2, 36:7, 41:24, 42:7, 42:13, 43:1, 43:6, 48:1, 48:12, 48:15, 49:14
**marquette's**
19:16, 32:18
**master's**
14:6, 14:8, 14:10
**maybe**
41:8, 45:24
**mcf**
41:24
**mcmcf**
31:1
**mcmf**
38:1, 39:2, 39:14
**mean**
9:23, 17:23, 20:22, 27:25, 29:7, 31:2, 38:2, 39:17, 40:4, 40:12, 42:2, 42:8, 42:17, 42:22, 43:9, 43:19
**means**
5:4, 47:23
**meant**
33:19
**medicaid**
47:6
**medical**
1:4, 3:12, 6:2, 8:12, 9:11, 9:14, 15:12,

27:4, 27:9, 27:18, 31:8
**medicare**
47:6
**memory**
11:3
**mentioned**
14:11, 36:11
**method**
43:6
**michigan**
1:2, 6:6, 12:8, 12:13, 13:1, 13:8, 13:9, 13:15
**middle**
38:8
**miles**
12:12
**million**
34:10, 36:19, 37:1
**million-dollar**
35:4
**minutes**
48:21
**missed**
17:16
**misunderstand**
40:24
**moment**
20:8
**monday**
1:14
**money**
28:11, 28:18, 28:21, 28:23, 31:8, 31:10, 34:21, 39:25, 40:7, 40:14, 43:23
**month**
10:20, 15:5, 20:15, 20:17, 20:19, 21:3, 21:9, 21:16, 21:18, 22:3, 22:9, 23:11, 27:20, 28:17, 29:17, 30:10
**moran**
11:2, 11:9, 11:10, 11:14, 19:10, 24:6, 24:7, 25:17, 26:10, 33:6, 33:8, 37:18, 40:15, 40:22, 41:9, 41:19, 48:5, 48:10
**more**
17:2, 35:20, 37:1, 41:13, 47:25
**most**
43:24
**much**
23:13, 26:23, 26:25, 29:16, 30:13, 34:15, 35:25, 44:1, 50:14
**must**
35:15
**must've**
35:15
**myself**
24:15, 24:23, 43:4

**N**

**n-e-g-a-u-n-e-e**
12:10
**name**
5:19, 5:25, 6:11, 6:15, 6:16, 6:17, 6:20, 6:23, 18:16, 41:15, 45:4, 45:9
**named**
44:6, 45:5, 45:15, 46:12
**names**
6:19
**national**
3:22
**nearly**
37:1
**need**
8:5, 8:10, 22:18, 29:11, 49:9, 50:11
**negaunee**
12:8, 12:20
**neither**
51:12, 52:9
**nervous**
13:3
**net**
4:10, 23:7, 33:5, 33:12, 33:19, 34:14, 35:23
**new**
32:17
**next**
10:20, 13:22, 13:23, 15:5, 21:17, 34:11, 36:21, 38:17, 43:5, 43:16
**next-to-the-last**
21:21
**nods**
7:17
**nope**
44:9
**normally**
47:16
**northeastern**
13:7
**northern**
13:1, 13:8, 13:9, 13:15
**notary**
2:13, 5:2, 51:1, 51:19
**note**
35:12, 35:15
**notes**
37:25, 38:2
**nothing**
5:16
**notice**
2:12
**noticeable**
34:17
**noticed**
10:3
**number**
6:4, 21:5, 21:22, 21:24, 22:4, 23:5, 23:17, 23:21, 25:5, 25:23, 26:13, 26:15, 26:17, 27:23, 28:4, 28:5, 28:7, 28:12, 28:13, 28:16, 29:5, 29:19, 30:23, 31:18, 32:8, 32:23, 34:8, 35:22, 35:24, 36:14, 36:18, 37:9, 39:15, 39:16, 44:13, 45:15, 46:3, 46:14
**numbers**
4:14, 20:7, 22:12, 22:22, 24:4, 24:7, 24:11, 25:16, 32:22, 34:1, 34:2, 36:15, 47:1, 49:4, 50:2, 50:6
**nurse**
17:19
**nurses**
17:11
**nursing**
12:12, 16:25, 17:16, 17:17, 17:20, 17:24

**O**

**oaths**
5:3
**objection**
5:12, 30:2, 30:6

**office**
17:13, 17:14
**officer**
51:2
**official**
47:22
**offset**
39:17, 39:25, 40:6
**often**
33:10
**oh**
10:21, 13:9, 32:9, 32:22, 38:4, 41:4, 44:9
**one**
7:23, 9:20, 16:24, 19:1, 20:14, 21:2, 25:15, 33:11, 35:5, 39:21, 44:14, 45:12, 45:14, 45:25, 49:20, 49:25
**online**
14:1, 14:2, 14:15
**only**
28:2, 28:4, 29:15, 29:19, 30:10, 47:14, 47:25, 48:18
**open**
22:20, 25:1, 25:19, 26:12, 31:14, 32:4, 37:4, 37:7, 41:7, 44:5, 46:11
**opened**
45:16
**operate**
18:18
**operating**
34:7, 35:13, 36:16, 36:19, 36:22, 37:1
**operations**
17:7, 20:15, 20:17, 20:23, 21:16, 23:2, 27:2, 28:24
**opposed**
42:1
**original**
45:25
**other**
6:19, 8:9, 14:23, 40:3, 44:14
**otherwise**
8:13, 51:14, 52:11
**out**
14:15, 19:2, 19:4, 19:5, 24:21, 27:20, 33:5, 34:22, 35:1, 42:19, 43:11, 47:4, 48:9
**outcome**
51:15, 52:11
**over**
4:12, 7:22, 28:15, 35:1, 35:5, 43:25
**own**
31:12

**P**

**p-l-a-n-t-e**
11:15
**page**
4:2, 4:8, 7:2, 21:5, 21:6, 21:21, 21:22, 21:23, 23:5, 27:22, 27:23, 29:5, 29:10, 29:13, 29:14, 30:22, 35:22, 36:14
**pages**
1:24, 32:25, 33:2
**paid**
19:8
**paige**
3:5, 6:1
**painless**
9:3
**pandemic**
48:13
**parenthetical**
22:13
**parentheticals**
22:4
**parke**
3:4, 4:3, 5:18, 5:21, 5:24, 5:25, 10:8, 10:9, 16:12, 30:4, 30:8, 30:14, 38:17, 38:19, 44:16, 44:19, 45:8, 45:13, 45:19, 45:22, 46:5, 46:7, 46:9, 48:18, 49:3, 49:8, 49:12, 49:16, 49:21, 49:24, 50:4, 50:10, 50:14
**part**
20:18, 39:10
**participate**
48:9
**parties**
5:4, 5:9, 51:13, 52:10
**paul**
1:25, 2:12, 51:2, 51:19
**pay**
39:20, 39:23, 42:11, 47:6
**payable**
15:24, 18:1, 28:24, 31:9
**payables**
28:19, 31:1, 31:4, 31:5
**payer**
47:5
**payroll**
15:25, 17:15, 18:11, 18:14, 18:15, 18:18, 18:19, 18:22, 18:24, 19:4, 19:7, 19:9, 19:16, 19:18, 19:20, 24:25, 25:18, 26:5, 26:9, 28:19, 28:25, 37:23, 48:24, 50:2, 50:6
**pays**
34:22
**pdf**
21:21
**pending**
6:4, 8:7
**peninsula**
12:13
**pension**
34:18, 34:19
**people**
11:12, 17:25, 39:19, 39:22, 42:10
**perfect**
49:16
**period**
19:22
**periods**
42:13
**permission**
29:1
**permitted**
5:7
**perry**
32:18
**person**
14:1, 14:16
**personnel**
42:7, 42:15, 43:2, 43:8, 43:17
**phoenix**
13:2, 13:23,

13:25, 14:4, 14:9
**phonetic** 17:22
**physical** 19:24
**placed** 24:11
**plaintiff** 1:6, 3:11
**planet** 52:16
**plante** 11:2, 11:9, 11:10, 11:14, 19:10, 24:6, 24:7, 25:17, 26:10, 33:6, 33:7, 37:18, 40:15, 40:22, 41:9, 41:19, 48:5, 48:9
**please** 6:11, 6:14, 6:22, 7:4, 7:16, 7:22, 23:17, 25:1, 25:2, 25:20, 26:13, 31:14, 32:5
**point** 7:2, 39:21
**portal** 40:19
**portion** 35:3, 39:16, 42:15, 43:2
**position** 4:10, 33:5, 33:12, 33:20, 35:23
**possible** 7:25, 9:3
**posted** 21:19
**preparation** 11:18, 11:22, 12:1, 12:5, 46:25
**prepare** 10:24
**prepared** 10:22, 47:14, 52:3
**preparer** 17:4
**preparing** 19:15
**present** 3:20
**pretty** 47:4
**prevents** 8:13
**previous** 23:20
**previously** 20:6, 22:21, 25:5, 25:23, 26:16, 31:16, 32:8
**prf** 38:1, 39:8, 39:15, 40:1, 40:9, 40:11, 40:18, 41:25, 42:7, 42:13, 42:23, 43:8, 43:17
**prior** 15:23, 33:22, 40:8, 40:10, 40:14
**private** 47:6
**probably** 9:24, 14:6
**procedural** 5:8
**proceeding** 5:6, 52:4
**proceedings** 51:3, 51:5, 51:6, 51:9, 52:5, 52:7
**process** 18:18, 18:22
**processing** 18:17, 19:9
**produced** 5:6
**program** 14:6
**project** 34:25, 35:4, 35:18
**projects** 28:10, 29:3
**pronounce** 5:19
**provide** 43:7
**provided** 12:2, 24:8, 27:19
**provider** 39:10, 40:20, 42:4
**psychology** 13:18
**public** 2:13, 51:1, 51:19
**pulled** 41:1, 41:8
**punch** 19:2
**punching** 19:3
**purposes** 32:14, 47:14
**pursuant** 2:12
**putting** 35:4

**Q**

**qualified** 51:8
**quarter** 4:14, 37:20, 47:1
**quarters** 6:7
**question** 7:3, 7:9, 7:10, 8:7, 8:8, 9:20, 48:23
**questions** 7:5, 12:14, 47:25, 48:20, 49:17
**quite** 11:4

**R**

**rates** 47:4, 47:10
**re-ask** 7:4
**re-rotate** 30:22
**re-upload** 22:17
**reached** 48:9
**real** 43:10
**really** 28:16, 44:1
**reason** 8:12
**receive** 13:14, 13:15, 13:19, 14:9, 14:17, 14:20, 33:11
**received** 13:17, 26:22, 32:17, 38:1, 39:2, 39:9, 42:1
**receptionists** 17:14
**reconcile** 27:21
**record** 6:12, 20:5, 23:19, 25:4, 25:22, 26:15, 31:16, 34:18, 37:8, 49:10, 50:12, 50:16, 51:10, 52:7
**recorded** 1:25, 5:4,

10:5, 51:6
**recording**
5:6, 9:21, 9:22, 9:23, 9:25, 51:9, 52:4
**reduce**
42:14, 43:1
**reduced**
51:7, 52:5
**refer**
9:13
**referring**
39:1, 40:21, 45:7
**reflected**
27:13, 29:14
**refresh**
11:3
**refund**
6:7
**reimburse**
39:11, 40:2
**reimbursed**
40:3
**related**
51:12, 52:9
**relief**
39:10, 40:20, 42:4
**replace**
29:2
**report**
32:2, 40:13, 40:18
**reported**
39:14, 40:10
**reporter**
5:2, 7:14, 7:23, 9:21, 9:23, 10:4, 44:7, 45:3, 45:12, 45:14, 45:24, 46:6, 51:1
**reporting**
40:11
**reports**
11:12, 37:23
**represent**
6:1, 21:8, 21:12
**representative**
3:21
**represented**
8:19
**required**
33:15, 33:18, 39:18, 40:2
**responsible**
19:15
**result**
33:25, 48:13
**retention**
6:9, 11:13, 41:10, 48:1
**return**
17:3, 19:16, 19:18, 19:20
**revenue**
4:9, 31:10, 33:4, 33:11, 42:1, 42:3, 42:5, 47:9
**review**
19:6, 24:10
**reviewed**
11:1, 11:25
**right**
8:1, 8:2, 8:11, 18:12, 21:3, 26:10, 27:10, 33:8, 36:3, 39:8, 45:7, 47:18, 50:14
**rob**
3:13, 8:23, 30:4, 44:18, 45:19, 49:13, 49:16
**role**
9:17, 10:10, 10:12, 10:14, 15:17, 15:21, 16:6, 16:15
**ronald**
3:21
**roof**
29:2
**rotate**
29:11, 29:12
**row**
23:7, 38:5, 38:9, 38:11, 41:22
**rules**
5:8, 7:1
**run**
31:5

S

**sa**
39:15
**said**
13:7, 21:2, 30:6, 40:22, 40:23, 45:5, 48:24, 50:1, 51:8, 51:9, 52:5, 52:6
**salaries**
39:17
**same**
7:2, 18:18, 31:24, 45:20, 46:16, 47:10
**say**
7:21, 16:8, 16:9, 17:22, 17:25, 36:25
**saying**
5:22, 7:15, 16:3, 42:4
**says**
20:22, 27:24, 29:6, 30:16, 31:1, 35:12, 35:23, 36:15, 38:1, 39:13, 39:14, 40:1, 40:9, 41:15, 41:23, 42:6, 42:12, 42:25, 43:5, 43:16
**schedulers**
17:20
**school**
12:17, 12:19, 12:20, 14:15
**screen**
29:19, 38:16, 38:20, 41:2, 41:20, 46:15, 46:18
**screwed**
44:9
**scroll**
21:20, 23:4, 29:4
**scrolling**
38:23
**second**
27:24, 30:25, 36:13, 44:8
**see**
9:21, 33:22, 38:13, 38:20, 38:25, 39:1, 39:15, 46:18, 48:25
**see-nahs**
17:22
**seeing**
9:24, 38:3, 45:18, 45:20, 46:16
**seeking**
6:6
**seen**
44:25
**send**
49:10
**sense**
35:8, 41:13
**sent**
45:25, 46:1, 46:2
**sentence**
43:5, 43:16
**setting**
41:5
**shakes**
7:17
**shall**
5:9

**share**
38:15, 46:15
**shared**
41:7, 41:20
**sharing**
47:24
**sheet**
26:22, 27:12, 27:19, 31:21, 37:25
**shifts**
19:2
**show**
36:21, 47:8
**showing**
26:25, 37:18, 41:2, 47:11
**shows**
29:16, 45:16
**side**
29:9
**signature-1apgj**
51:16
**signature-k9lvk**
52:12
**significant**
47:10
**signs**
19:18
**silverblatt**
3:13, 8:23, 9:19, 10:1, 10:6, 11:18, 16:8, 16:11, 30:2, 30:6, 38:15, 44:14, 45:18, 45:20, 49:9, 49:15, 49:18, 49:22, 50:3, 50:9, 50:13
**since**
48:17
**single**
40:17
**skills**
51:11, 52:8
**social**
17:14
**some**
17:20, 39:21, 41:5, 47:11
**someone**
9:9, 18:14
**something**
14:13, 28:1, 45:4
**sooner**
8:5
**sorry**
30:4, 30:11, 32:10, 36:5, 38:4, 41:13, 44:16, 45:19, 46:6
**source**
40:5
**sources**
40:3
**speak**
11:16, 11:18, 11:21
**specific**
43:10
**spell**
6:14, 11:14, 12:9
**spending**
40:20
**spent**
40:13
**spread**
35:1, 35:5
**spreadsheet**
4:11, 4:13, 37:10, 40:16, 46:14, 46:24, 47:20, 50:8
**stands**
29:9
**start**
13:4, 13:6, 18:23
**started**
15:25
**starts**
38:1, 38:6, 38:9, 39:2, 41:22
**state**
2:13, 6:11, 15:1, 40:7, 51:20
**statement**
4:9, 20:14, 20:16, 20:23, 21:16, 23:2, 27:2, 33:4, 33:11
**statements**
20:19, 33:6, 34:20, 35:16
**states**
1:1, 1:8, 3:2, 6:2, 6:3, 12:2
**stating**
42:9
**station**
3:7
**stay**
50:11
**stayed**
47:9
**step**
38:17
**still**
38:13
**stipulate**
5:10
**stipulation**
5:9
**stop**
47:24
**street**
3:15
**stuff**
35:20
**submitted**
11:1, 11:6, 24:12, 25:12, 26:9
**substantive**
9:20
**subtracted**
43:13
**sufficient**
49:12, 50:12
**sum**
43:23
**super**
47:9
**supervision**
52:6
**supplied**
25:17, 37:17
**supply**
20:19
**sure**
5:22, 6:16, 6:22, 7:5, 10:2, 11:9, 18:5, 19:6, 20:10, 26:7, 27:21, 29:9, 33:16, 39:22, 45:6, 46:16
**swabbed**
42:11
**swear**
5:12
**sworn**
5:15, 51:5
**system**
19:7, 24:25, 25:18
**systems**
14:10

**T**

**tab**
46:21
**take**
8:2, 8:5, 8:8, 8:9, 20:8, 48:19, 48:21
**taken**
51:4
**taking**
6:9
**talk**
7:22, 10:21, 17:6, 32:24
**tax**
11:13, 17:3,

19:16, 19:18, 19:20, 41:10
**taxes**
6:7
**technically**
31:12
**tell**
22:1, 23:9, 25:11, 34:8, 34:12, 35:24, 36:18
**teller**
15:16
**telling**
11:16
**tennessee**
2:13, 51:20
**tested**
39:19
**testified**
5:17, 9:6, 21:1
**testify**
5:15, 9:9, 9:10
**testimony**
5:11, 8:14
**thank**
5:18, 5:21, 6:18, 10:7, 10:8, 30:21, 36:5, 50:14, 50:15
**thanks**
44:18
**thereafter**
51:7
**therefore**
35:19
**thing**
29:15, 46:16, 48:19
**think**
13:6, 15:4, 16:1, 17:15, 17:20, 29:8, 32:16, 44:8, 50:11
**thought**
40:23
**three**
14:24, 16:20, 29:4, 38:6
**through**
6:25, 11:4, 18:21, 18:25, 20:20, 21:14, 26:6, 26:17, 30:18, 38:9, 41:23
**time**
18:5, 18:9, 18:24, 18:25, 19:5, 19:22, 24:15, 27:17, 28:15, 43:4
**title**
3:22
**titles**
16:20
**today**
6:10, 7:1, 8:14, 10:22, 46:13
**told**
15:3
**took**
14:6, 42:19, 43:12
**top**
28:4, 50:7
**total**
43:12
**totaled**
47:3
**track**
18:23, 19:23, 20:20, 47:16, 47:19
**transcriber**
52:1
**transcribing**
7:14
**transcript**
4:7, 5:5, 52:3, 52:6
**transcriptionist**
51:8
**transfer**
28:17, 28:18, 31:4, 31:7, 31:10, 31:11
**transmitted**
27:8
**treat**
49:13
**true**
51:10, 52:6
**truth**
5:16, 5:17
**truthful**
8:13
**try**
7:22, 41:7
**trying**
16:1, 17:15
**turn**
20:2
**turning**
15:17
**two**
8:3, 21:17, 28:14, 39:20, 42:10
**type**
47:5
**typewriting**
51:7, 52:5

**U**

**uh-huhs**
7:17
**unable**
43:7
**under**
5:7, 30:25, 52:5
**underfunded**
34:19
**understand**
5:5, 7:3, 7:5, 7:7, 7:11, 9:8, 49:19
**understanding**
10:2, 11:24
**understood**
7:10
**union**
15:15
**united**
1:1, 1:8, 3:2, 6:1, 6:3, 12:2
**university**
12:21, 12:23, 13:1, 13:2, 13:5, 13:11, 13:16, 13:23, 13:25, 14:3, 14:9, 14:11, 14:18, 15:1
**unless**
41:5
**until**
18:13
**uploaded**
19:7
**upper**
12:13, 20:21
**use**
5:10, 11:11, 18:25, 19:3, 19:22, 28:9, 28:24, 29:1, 29:15, 31:24, 37:19, 39:11, 39:14, 39:24, 40:6, 47:20
**useful**
35:2, 35:6
**uses**
5:7
**using**
24:8, 37:23
**usually**
21:17

**V**

**verify**
25:17
**verifying**
50:10
**version**
41:21, 48:25
**versus**
6:3, 28:21

**video**
10:4
**videographer**
3:23
**videotaped**
10:3
**view**
11:7, 29:11, 29:12
**virtually**
1:13, 2:2

W

**wages**
4:11, 24:18, 24:19, 37:18, 42:14, 42:16, 42:20, 43:1, 43:3, 43:14
**wait**
44:8
**walk**
18:21
**want**
7:5, 17:6, 41:21, 45:3, 45:6, 46:15, 49:10, 49:19, 49:23
**wanted**
5:21, 10:1, 24:21, 25:14, 26:8
**washington**
3:8, 3:16
**way**
7:10, 7:23, 28:20, 29:5, 31:13, 43:10
**we'll**
7:12, 8:2, 8:3
**we're**
7:1, 7:15, 7:20, 33:15, 33:16, 33:17, 33:18, 46:8, 48:6
**we've**
41:15
**week**
21:17
**went**
11:4, 12:25, 13:2, 13:12, 25:8, 26:3, 47:10
**weren't**
42:20, 43:20, 48:6
**western**
1:2, 6:5
**whatnot**
47:21
**whenever**
8:10
**whereupon**
5:13
**whichever**
49:25
**whole**
5:16, 8:4
**wing**
39:24
**without**
11:16
**witness**
5:12, 5:20, 16:10, 30:9, 49:2, 49:6, 50:15
**witness(es**
51:4
**woman**
27:16
**work**
15:7, 15:13, 17:10, 39:24
**worked**
15:3, 15:4, 15:8, 15:9
**workers**
17:14
**working**
10:17, 29:21
**worksheet**
25:8, 26:3, 49:1, 49:5
**worth**
35:25, 36:2, 36:7
**would've**
35:20
**wouldn't**
45:6
**wow**
10:21
**written**
5:9
**wrong**
44:10

X

**x**
24:2, 25:8, 26:3

Y

**yeah**
9:23, 14:13, 18:13, 45:22, 49:12
**year**
19:24, 19:25, 20:1, 20:20, 21:11, 22:11, 23:13, 27:24, 33:16, 33:22, 34:1, 34:3, 34:10, 35:3, 35:5, 35:17, 35:23
**years**
4:12, 10:19, 11:4, 11:8, 15:4, 35:2, 35:6, 44:24
**yep**
13:10, 15:6, 16:5, 22:15, 38:17, 49:2, 49:6

Z

**zoom**
9:24

$

**$1**
37:1
**$1,913,846**
36:23
**$1.9**
34:10
**$10,000**
43:25
**$11,794.40**
22:13
**$116,319**
23:15
**$12,587,291**
36:3
**$12,832,628**
29:6
**$14,143,678**
36:8
**$2**
39:23, 42:11
**$2.9**
36:19
**$44,000**
22:2
**$44,100.32**
22:8
**$44,132**
21:25
**$55,000**
34:13
**$59,814.45**
29:25, 30:16
**$63,902.38**
23:10

0

**000350**
25:6
**001004**
30:23
**00135**
1:8
**02283**
45:5
**03**
20:22

**0300**
3:9
**08**
50:16

**1**

**1**
50:16
**1/4/19**
31:1
**10**
51:21, 52:17
**1001**
31:18
**1002**
26:17, 27:23, 29:5
**1003**
29:14
**1039**
26:17
**11**
1:15, 41:22
**12**
19:25, 24:19, 30:12, 30:16
**135**
6:4
**15**
20:3, 20:6, 20:8, 20:9, 20:11, 20:13, 20:22, 27:3
**16**
22:17, 22:21, 22:22, 22:23, 22:24, 23:1, 27:4
**1601**
3:15
**17**
10:19, 23:17, 23:21, 23:23, 23:24, 24:1, 24:5, 24:11, 24:18, 25:10, 48:22, 48:23, 48:25, 49:19, 49:25
**18**
10:19, 15:4, 25:2, 25:4, 25:6, 25:7, 25:11, 45:16, 48:22, 48:24, 48:25, 49:19, 50:1, 50:5
**19**
20:22, 25:19, 25:22, 25:24, 25:25, 26:2, 26:5, 45:16, 46:22, 48:13, 48:22, 49:3, 49:22, 50:6

**2**

**20**
39:22, 45:17
**20006**
3:16
**20044**
3:8
**2005**
13:21
**2006**
14:7
**2008**
14:5, 14:7
**2013**
16:1
**2016**
14:22, 18:13
**2018**
29:6, 30:11, 30:12, 30:13, 30:16, 30:20, 34:12, 34:15, 35:18, 35:21, 36:2, 36:7, 36:12
**2019**
20:24, 21:14, 22:8, 22:14, 29:24, 31:6, 32:2, 34:9, 34:15, 35:17, 35:20, 35:24, 36:4, 36:22, 37:2, 47:1
**202**
3:9, 3:17
**2020**
24:19, 36:18, 37:1
**2021**
6:8, 23:3, 23:10, 23:11, 23:14, 24:19, 26:6, 31:22, 37:20, 47:2, 48:7
**2022**
15:20, 15:22
**2026**
1:14, 51:21, 52:17
**21**
39:22, 45:17, 46:22
**22**
26:13, 26:15, 26:16, 26:18, 26:19, 26:21, 27:7, 27:13, 27:23, 29:5, 29:11, 30:22, 32:1, 45:17
**2273**
32:8, 32:23, 32:25, 34:5, 35:23
**2274**
36:14
**2276**
33:1
**2282**
32:9, 32:23
**2283**
44:13, 45:10, 45:15, 46:3
**2284**
46:14
**23**
31:14, 31:16, 31:17, 31:19, 31:20, 31:24
**25**
1:8, 6:4
**2:-cv**
1:8, 6:4

**3**

**30**
24:19, 32:18
**300**
18:8
**308**
20:7, 21:6
**31**
19:25, 20:22, 20:23, 22:8, 23:9, 26:6, 30:12, 30:16
**313**
21:22
**314**
20:7, 21:24
**329**
22:23
**33**
4:9
**332**
38:6, 38:11
**334**
22:23, 23:5
**349**
23:22
**35**
32:15, 32:21
**351**
25:24
**352**
37:9
**353**
3:9
**37**
4:11

**4**

**41**
32:4, 32:7, 32:16, 32:21

**42**
4:9, 32:12, 32:14, 32:19, 33:3, 37:5, 37:7, 37:14, 37:16, 37:22, 41:1, 41:15, 44:4
**43**
4:11, 37:8, 37:11, 41:16, 44:3, 44:6, 44:12, 44:15, 44:17, 45:9, 45:10
**44**
4:12, 44:18, 44:20, 44:22, 44:25, 45:4, 45:5, 45:10, 45:15, 46:3, 46:11, 46:12
**45**
4:13, 46:13, 46:19, 46:22, 46:23, 47:13, 47:18
**46**
4:13

**5**

**52**
1:24
**55**
3:7
**58**
1:15

**6**

**640767**
1:23

**7**

**7,593.37**
29:18, 30:11
**778**
3:17

**9**

**9000**
3:17
**941**
24:2, 25:8, 26:3
**943**
31:18