UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARQUETTE COUNTY MEDICAL CARE FACILITY,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.
______________________________________/

Case No. 2:25-cv-00135-JMB-SJB

Hon. Jane M. Beckering

**ORAL ARGUMENT REQUESTED**

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO COUNT I**

Plaintiff Marquette County Medical Care Facility moves for summary judgment on Count I of its complaint and requests that judgment be entered in its favor on that count in the amount of $1,460,043.78, plus interest as allowed by law. This represents the employee retention credit amount to which Plaintiff is entitled due to a partial suspension of its operations in the first quarter of 2021 resulting from numerous qualifying governmental orders. A memorandum in support of this motion is being separately filed.

Dated: August 28, 2026

*/s/ Robert S. Silverblatt*
Robert S. Silverblatt
DC Bar No. 1020748
K&L Gates LLP
1601 K Street, N.W.
Washington, DC 20006
Telephone: (202) 778-9132
Facsimile: (202) 778-9100
Rob.Silverblatt@klgates.com

*Counsel for Plaintiff Marquette County Medical Care Facility*