UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARQUETTE COUNTY MEDICAL CARE FACILITY,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.
_______________________________________/

Case No. 2:25-cv-00135-JMB-SJB

Hon. Jane M. Beckering

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.2(b)(ii), the undersigned counsel for Plaintiff certifies that the number of words, as defined in Local Rule 7.2(b)(i) and exclusive of the exempted portions provided therein, in the Memorandum in Support of Summary Judgment as to Count I is 9,898. The name and version of the word processing software that was used to generate the word count is Microsoft Word for Office 365, version 2607.

Dated: August 28, 2026

*/s/ Robert S. Silverblatt*
Robert S. Silverblatt
DC Bar No. 1020748
K&L Gates LLP
1601 K Street, N.W.
Washington, DC 20006
Telephone: (202) 778-9132
Facsimile: (202) 778-9100
Rob.Silverblatt@klgates.com

*Counsel for Plaintiff Marquette County Medical Care Facility*